UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -3 P 12: 47
05-10214 JLT
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TOWN OF BEDFORD | : |
| Plaintiff | : |
| v. | : |
| ENERGY EAST SOLUTIONS, INC. | : |
| Defendant | : |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 Defendant Energy East Solutions, Inc. ("Defendant" or "Energy East") states as follows:

1. Defendant Energy East is a corporation organized under the laws of the State of Delaware, with its principle place of business at 81 State Street, Stephens Square, Fifth Floor, Binghamton, New York 13901.

2. Energy East is a publicly traded company with no shareholders holding 10% or greater of its corporate stock.

3. Energy East is not owned by any parent company.

Dated at Hartford, Connecticut this 2nd day of February, 2005.

RESPECTFULLY SUBMITTED,
ENERGY EAST SOLUTIONS, INC.

By: _____
James J. Reardon, Jr.
BBO #566161
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum St.; 13th Floor
Hartford, CT 06103
(860)293-3500
(860)293-3555 (facsimile)

## CERTIFICATION

This is to certify that a copy of the foregoing Corporate Disclosure Statement was sent by first class mail, postage prepaid on this 2nd day of February, 2005 to all counsel of record and pro se parties as follows:

Michael C. Lehane, Esq.
Murphy, Hesse, Toomey & LeHane, L.L.P.
300 Crown Colony Dr.
Quincy, MA 02269

_____
James J. Reardon, Jr.