FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT  5 - 1  A  11: 49
DISTRICT OF MASSACHUSETTS
U.S DISTRICT COURT
05    10214 DISTRICT OF MASS JLT

TOWN OF BEDFORD

       Plaintiff           :

v.                         :

ENERGY EAST SOLUTIONS, INC.    :

       Defendant      :

## APPEARANCE

Please enter the appearance of the undersigned on behalf of Defendant, Energy East

Solutions, Inc.

Dated at Hartford, Connecticut this 31st day of January, 2005.

RESPECTFULLY SUBMITTED,

ENERGY EAST SOLUTIONS, INC.

By:   _____

     James J. Reardon, Jr.
     BBO #566161
     LeBoeuf, Lamb, Greene & MacRae, L.L.P.
     Goodwin Square
     225 Asylum St.; 13th Floor
     Hartford, CT 06103
     (860)293-3500
     (860)293-3555 (facsimile)

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance was sent by first class mail, postage prepaid on this 31st day of January, 2005 to all counsel of record and pro se parties as follows:

Michael C. Lehane, Esq.
Murphy, Hesse, Toomey & LeHane, L.L.P.
300 Crown Colony Dr.
Quincy, MA 02269

James J. Reardon, Jr.