FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB -7  A 10: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TOWN OF BEDFORD | : |
| Plaintiff | :    05-10214 JLT |
| v. | : |
| ENERGY EAST SOLUTIONS, INC. | : |
| Defendant | : |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER, OBJECT OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT

Defendant, Energy East Solutions, Inc. ("Defendant" or "Energy East"), hereby moves for this stipulated extension of time of thirty (30) days in which to respond to Plaintiff Town of Bedford's ("Plaintiff" or "Bedford") Complaint and states as follows:

1. Plaintiff commenced this action against Energy East in the Superior Court of Middlesex County, Massachusetts on or around January 18, 2005.

2. On January 31, 2005, Defendant filed a Notice of Removal in this Court and served a Notice of the Notice of Removal on all adverse parties and the Clerk of the Middlesex County Superior Court.

3. On February 1, 2005, Bedford's counsel consented to a thirty (30) day extension of the due date for Defendant's initial response to the Complaint, through and including March 9, 2005.

4. This extension is necessary to provide Defendant a fair opportunity to respond to the allegations of the Complaint. The extension will have no effect on other deadlines in this matter.

5.  This is Defendant's first motion for an extension of time.

6.  Defendant has attached an Order reflecting the stipulation of the parties.

WHEREFORE, Energy East respectfully requests that the Court enter the Order consistent with the agreement of the parties

Dated at Hartford, Connecticut this 1st day of February, 2005.

RESPECTFULLY SUBMITTED,

ENERGY EAST SOLUTIONS, INC.

By: _____
James J. Reardon, Jr. (BBO #566161)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum St.; 13th Floor
Hartford, CT 06103
(860)293-3500
(860)293-3555 (facsimile)

By: _____
Michael C. Lehane, Esq. (BBO#292520)
Murphy, Hesse, Toomey & LeHane, L.L.P.
300 Crown Colony Dr.
PO Box 9126
Quincy, MA 02269
617-479-5000

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF BEDFORD | : |
| Plaintiff | : |
| v. | : |
| ENERGY EAST SOLUTIONS, INC. | : |
| Defendant | : |

### **ORDER**

Upon consideration of the Stipulated Motion for Extension of Time to Answer, Object or Otherwise Plead in Response to Complaint, it is hereby ORDERED AND DECREED THAT the Stipulated Motion is GRANTED.

_____

## CERTIFICATION

This is to certify that a copy of the foregoing Stipulated Motion for Extension of Time to Answer, Object or Otherwise Plead in Response to Complaint was sent by first class mail, postage prepaid on this 4th day of February, 2005 to all counsel of record and pro se parties as follows:

Michael F.X. Dolan, Jr., Esq.
Murphy, Hesse, Toomey & LeHane, L.L.P.
300 Crown Colony Dr.
Quincy, MA 02269

James J. Reardon, Jr.