UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TOWN OF BEDFORD | : | |
| Plaintiff | : | DEFENDANT'S NOTICE OF COMPLIANCE WITH |
| v. | : | LOCAL RULE 81.1 |
| ENERGY EAST SOLUTIONS, INC. | : | |
| Defendant | : | |

Pursuant to Local Rule 81.1, Defendant East Energy Solutions, Inc. hereby files certified copies of all records and proceedings and a certified copy of all docket entries from the Middlesex County Superior Court, the Court from which Defendant has removed this matter.

Dated at Hartford, Connecticut this 14th day of February, 2005.

RESPECTFULLY SUBMITTED,

ENERGY EAST SOLUTIONS, INC.

By: _____
James J. Reardon, Jr. (BBO #566161)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum St.; 13th Floor
Hartford, CT 06103
(860)293-3500
(860)293-3555 (facsimile)

## **CERTIFICATION**

This is to certify that a copy of the foregoing Defendant's Notice of Compliance with Local Rule 81.1 was sent by first class mail, postage prepaid on this 14th day of February, 2005 to all counsel of record and pro se parties as follows:

Michael F. X. Dolan, Jr., Esq.
Murphy, Hesse, Toomey & LeHane, L.L.P.
300 Crown Colony Dr.
Quincy, MA 02269

_____
James J. Reardon, Jr.