FILED
IN CLERKS OFFICE

2005 FEB 22 A 11: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| TOWN OF BEDFORD | : | |
| Plaintiff | : | CIVIL NO. 05-10214JCT |
| v. | : | FILING FEE PAID: |
| ENERGY EAST SOLUTIONS, INC. | : | RECEIPT # 62228 <br> AMOUNT $ 50.00 <br> BY DPTY CLK |
| Defendant | : | DATE 2/23/05 |

## MOTION FOR ADMISSION OF THOMAS G. ROHBACK PRO HAC VICE

Defendant Energy East Solutions, Inc. ("Defendant" or "Energy East"), by and through its undersigned counsel, respectfully requests that Thomas G. Rohback be admitted to practice *pro hac vice* before this Court for the purpose of representing Energy East in the above-captioned action. In support of this Motion pursuant to Local Rule 83.5.3, James J. Reardon, an attorney with the law firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P., with offices at 225 Asylum St.; 13th Floor, Hartford, CT 06103, who is admitted to practice in the Federal District Court for the District of Massachusetts, and who also serves as counsel for Energy East, states as follows:

1. Mr. Rohback is a partner of the law firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P., in Hartford, Connecticut.

2. Mr. Rohback has been a member in good standing of the bars of the states of Connecticut (admitted June 15, 1998); New York (admitted February 5, 1979); and Commonwealth of Pennsylvania (admitted October 12, 1993) and the following Federal Courts: United States District Court for the District of Connecticut (admitted February 9, 1998); United

States District Court for the Southern District of New York (admitted February 20, 1979); United States District Court for the Eastern District of New York (admitted February 20, 1979); United States District Court for the Northern District of New York (admitted April 7, 1980); United States District Court for the Western District of New York (admitted July 10, 1998); United States District Court for the Western District of Pennsylvania (admitted February 24, 1994); United States District Court for the Eastern District of Pennsylvania (admitted October 14, 1994); United States District Court for the Eastern District of Tennessee (admitted July 23, 1996); Untied States District Court for the Northern District of Illinois (admitted May 2, 2000); United States Court of Appeals for the Second Circuit (admitted May 29, 1985); United States Court of Appeals for the Third Circuit (admitted July 23, 1993); United States Court of Appeals for the Seventh Circuit (admitted March 17, 1995); United States Court of Appeals for the Eleventh Circuit (admitted May 20, 1998); United States Court of Appeals for the Sixth Circuit (admitted November 29, 1999).

3. An affidavit of Mr. Rohback, dated February 18, 2005 is attached hereto as Exhibit A.

4. A Certificate of Good Standing from the Chief Clerk of the Supreme Court of the State of Connecticut is attached hereto as Exhibit B.

5. Mr. Rohback and the Hartford, Connecticut, office of LeBoeuf, Lamb, Greene & MacRae, L.L.P., have a long-standing attorney-client relationship with Energy East, and the best interests of Energy East will be served if Mr. Rohback is permitted to appear in this matter as counsel *pro hac vice*.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion for Admission of Thomas G. Rohback *Pro Hac Vice*, dated February 18, 2005.

Dated at Hartford, Connecticut this 18th day of February, 2005.

                                RESPECTFULLY SUBMITTED,

                                ENERGY EAST SOLUTIONS, INC.

By: _____
     James J. Reardon, Jr. (BBO #566161)
     LeBoeuf, Lamb, Greene & MacRae, L.L.P.
     Goodwin Square
     225 Asylum St.; 13th Floor
     Hartford, CT 06103
     (860)293-3500
     (860)293-3555 (facsimile)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TOWN OF BEDFORD | : | |
| Plaintiff | : | |
| v. | : | ORDER |
| ENERGY EAST SOLUTIONS, INC. | : | |
| Defendant | : | |

IT IS HEREBY ORDERED that the foregoing Motion for Admission of Thomas G. Rohback *Pro Hac Vice* dated February 18, 2005, shall be and is hereby granted subject to the terms and conditions of Local Rule 83.5.3.

_____

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Admission of Thomas G. Rohback, *pro hac vice,* was sent by first class mail, postage prepaid on this 18th day of February, 2005 to all counsel of record and pro se parties as follows:

Michael F. X. Dolan, Jr., Esq.
Murphy, Hesse, Toomey & LeHane, L.L.P.
300 Crown Colony Dr.
Quincy, MA 02269

_____
James J. Reardon, Jr.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF BEDFORD : | |
| Plaintiff : | CIVIL NO. 05-10214JCT |
| v. : | |
| ENERGY EAST SOLUTIONS, INC. : | |
| Defendant : | |

## AFFIDAVIT OF THOMAS G. ROHBACK
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Thomas G. Rohback, having been duly sworn, hereby depose and state:

    1.    I am an attorney of the law firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P., and am a member in good standing of the bars of the States of Connecticut (admitted June 15, 1998); New York (admitted February 5, 1979); and Commonwealth of Pennsylvania (admitted October 12, 1993). I also am admitted to practice before the following federal courts: United States District Court for the District of Connecticut (admitted February 9, 1998); United States District Court for the Southern District of New York (admitted February 20, 1979); United States District Court for the Eastern District of New York (admitted February 20, 1979); United States District Court for the Northern District of New York (admitted April 7, 1980); United States District Court for the Western District of New York (admitted July 10, 1998); United States District Court for the Western District of Pennsylvania (admitted February 24, 1994); United States District Court for the Eastern District of Pennsylvania (admitted October 14, 1994); United States District Court for the Eastern District of Tennessee (admitted July 23, 1996); Untied States District Court for the Northern District of Illinois (admitted May 2, 2000);

United States Court of Appeals for the Second Circuit (admitted May 29, 1985); United States Court of Appeals for the Third Circuit (admitted July 23, 1993); United States Court of Appeals for the Seventh Circuit (admitted March 17, 1995); United States Court of Appeals for the Eleventh Circuit (admitted May 20, 1998); United States Court of Appeals for the Sixth Circuit (admitted November 29, 1999).

2. No disciplinary actions are pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts as well as the Federal Rules of Civil Procedure.

4. Pursuant to Local Rule 83.5.3(b), I have associated myself with James J. Reardon, who is a member of the bar of this court.

Dated this 18th day of February, 2005.

By: _____
Thomas G. Rohback
LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.
Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-293-3500 phone
860-293-3555 fax

STATE OF CONNECTICUT,
COUNTY OF HARTFORD, to-wit:

Personally appeared the signer of the foregoing instrument and acknowledged the same to be his free act and deed, before me his 18th day of February, 2005.

_____
Notary Public
JAIMIE M. HURWIT
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2007

2



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

Do hereby certify *that, in the Superior Court at* Waterbury, *on the* fifteenth *, day of* June, 1998,

Thomas G. Rohback

of

Farmington, Connecticut

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.*

In Testimony Whereof, *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* seventeenth *day of* February, 2005.

Michele T. Angers

*Chief Clerk*

