FILED
IN CLERKS OFFICE

2005 FEB 23  P 12: 44

DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TOWN OF BEDFORD | : | |
| Plaintiff | : | No. 05-10214JCT |
| v. | : | |
| ENERGY EAST SOLUTIONS, INC. | : | |
| Defendant | : | |

## STIPULATED MOTION FOR EXTENSION OF TIME TO PRODUCE INITIAL DISCLOSURES REQUIRED UNDER FED. R. CIV. P.26(a)(1)

Defendant, Energy East Solutions, Inc. ("Defendant" or "Energy East"), hereby moves for this stipulated extension of time of ten (10) days in which plaintiff Town of Bedford ("Plaintiff") and Defendant must serve the initial disclosures required by Fed. R. Civ. P. 26(a)(1) ("Initial Disclosures"). Defendant has contacted Plaintiff about this Motion, and on February 22, 2005, Plaintiff indicated that it has no objection and consents to the instant Motion. In support of this Stipulated Motion, Energy East states as follow:

1. Plaintiff commenced this action against Energy East by filing a Complaint in the Superior Court of Middlesex County, Massachusetts on or around January 18, 2005.

2. A discovery request in the form of Plaintiff Town of Bedford's Interrogatories to Defendant Energy East Solutions, Inc., was served simultaneously with the Complaint.

3. On January 21, 2005, counsel for Energy East received a copy of the Complaint filed by Plaintiff on or around January 18, 2005, as well as a

|     |     |
| --- | --- |
|     | copy of Plaintiff Town of Bedford's Interrogatories to Defendant Energy East Solutions, Inc. |
| 4.  | Pursuant to Fed. R. Civ. P. 26(a)(1), Initial Disclosures are to be made at or within fourteen days after the conference of the parties required by Fed. R. Civ. P. 26(f). |
| 5.  | Pursuant to Local Rule 26.2(a), disclosure required by Fed. R. Civ. P. 26(a)(1) shall be made prior to the conference of the parties required by Fed. R. Civ. P. 26(f) and Local Rule 16.1; however Local Rule 26.2(a) also provides that a party may not initiate discovery until that party supplies their Initial Disclosures. |
| 6.  | Local Rule 26.2(d) further provides that in all actions removed to this Court transferred to this Court from another federal court, Initial Disclosures should be made within twenty (20) days of the date of removal or transfer if discovery was initiated before the action was removed or transferred. |
| 7.  | The parties have not yet conferred as required by Fed. R. Civ. P. 26(f) and Local Rule 16.1. |
| 8.  | As of the date of this Stipulated Motion, neither party to this action has provided Initial Disclosures. |
| 9.  | Assuming, *arguendo*, that Plaintiff's actions in serving its Interrogatories to Defendant simultaneously with its Complaint could be interpreted as the initiation of discovery under Local Rule 26.2(d), the parties' Initial |

2

Disclosures would be due by February 23, 2005.

10. Energy East and Bedford have agreed to extend this time by ten (10) days, up to and including March 7, 2005.

11. This extension is necessary to provide the Defendant a fair opportunity to respond to the allegations of the Complaint. The extension will have no effect on other deadlines in this matter.

12. Defendant has attached an Order reflecting the stipulation of the parties.

WHEREFORE, Energy East respectfully requests that the Court enter the Order consistent with the agreement of the parties

Dated at Hartford, Connecticut this 22 day of February, 2005.

RESPECTFULLY SUBMITTED,

ENERGY EAST SOLUTIONS, INC.

By: _____
James J. Reardon, Jr. (BBO #566161)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum St.; 13th Floor
Hartford, CT 06103
(860)293-3500
(860)293-3555 (facsimile)

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TOWN OF BEDFORD | : | |
| Plaintiff | : | No. 05-10214JCT |
| v. | : | |
| ENERGY EAST SOLUTIONS, INC. | : | |
| Defendant | : | |

## ORDER

Upon consideration of the Stipulated Motion for Extension of Time to Produce Initial Disclosures Required under Fed. R. Civ. P. 26(a)(1), it is hereby ORDERED AND DECREED THAT the Stipulated Motion is GRANTED.

_____

4

## CERTIFICATION

This is to certify that a copy of the foregoing Stipulated Motion for Extension of Time to Produce Initial Disclosures Required under Fed. R. Civ. P. 26(a)(1) was sent by first class mail, postage prepaid on this 22nd day of February, 2005 to all counsel of record and pro se parties as follows:

Michael F.X. Dolan, Jr., Esq.
Murphy, Hesse, Toomey & LeHane, L.L.P.
300 Crown Colony Dr.
Quincy, MA 02269

_____
James J. Reardon, Jr.

# LeBoeuf, Lamb, Greene & MacRae
### L.L.P.
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEW YORK
WASHINGTON, D.C.
ALBANY
BOSTON
HARRISBURG
HARTFORD
HOUSTON
JACKSONVILLE
LOS ANGELES
NEWARK
PITTSBURGH
SALT LAKE CITY
SAN FRANCISCO

GOODWIN SQUARE
225 ASYLUM STREET, 13TH FLOOR
HARTFORD, CT 06103
(860) 293-3500
FACSIMILE: (860) 293-3555

LONDON
(A LONDON-BASED
MULTINATIONAL PARTNERSHIP)
PARIS
BRUSSELS
JOHANNESBURG
(PTY) LTD.
MOSCOW
RIYADH
(AFFILIATED OFFICE)
BISHKEK
ALMATY
BEIJING

FILED
IN CLERK'S OFFICE

2005 FEB 23  P 12: 43

U.S. DISTRICT COURT
DISTRICT OF MASS

February 22, 2005

**VIA FEDERAL EXPRESS**

T. Anastas, Clerk
United States Courthouse
Suite 2300
1 Courthouse Way
Boston, MA 02210

Re:  <u>Town of Bedford v. Energy East Solutions, Inc. 05-10214JCT</u>

Dear Sir:

Please find enclosed for filing a Stipulated Motion for Extension of Time to Produce Initial Disclosures Required under Fed. R. Civ. P. 26(a)(1).

Kindly file-stamp the enclosed copy and return it to me in the enclosed self-addressed, stamped envelope. Should you need anything further, please do not hesitate to contact me at the number and address listed above.

Thank you for your consideration of this matter.

Sincerely,

James J. Reardon

Enclosures