UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10214-JCT

| | |
|---|---|
| TOWN OF BEDFORD, </br>    Plaintiff, </br> v. </br> </br> ENERGY EAST SOLUTIONS, INC., </br>    Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Pursuant to L.R. 83.5.2(a), the undersigned, Michael F.X. Dolan, Jr., hereby gives notice of appearance, representing the Plaintiff, Town of Bedford in connection with the above-captioned matter.

Respectfully submitted,

/s/ Michael F.X. Dolan, Jr.

Michael F.X. Dolan, Jr.  BBO# 565876
Mdolan@mhtl.com
Murphy, Hesse, Toomey & Lehane
300 Crown Colony Drive, Ste. 410
Quincy, MA 02169
617.479.5000

Dated: February 24, 2005