UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TOWN OF BEDFORD                    :

    Plaintiff                           :      CASE NO. 05-10214JLT

v.                                 :

ENERGY EAST SOLUTIONS, INC.        :

    Defendant                          :

## DEFENDANT'S MOTION TO DISMISS COUNT II OF THE COMPLAINT

Pursuant to F.R.C.P. 12(b)(6), Defendant Energy East Solutions, Inc. ("Defendant" or "Energy East") hereby moves to dismiss Count II of Plaintiff Town of Bedford's ("Plaintiff") Complaint in its entirety. In its two-count Complaint, Plaintiff first asserts that Energy East breached a contract for the purchase and sale of natural gas. In Count II of the Complaint, Plaintiff attempts to repeat its breach of contract claim as a claim for violation of the Massachusetts consumer protection law under M.G.L. c. 93A. Count II must be dismissed because under Massachusetts law, a simple breach of contract claim does not support a claim under M.G.L. c. 93A.

Defendant therefore respectfully submits the attached Memorandum of Law in support of its Motion to Dismiss Count II of the Complaint.

Dated at Hartford, Connecticut this 7th day of March, 2005.

                                            RESPECTFULLY SUBMITTED,
                                            ENERGY EAST SOLUTIONS, INC.

                        By: _____
                                  Thomas G. Rohback (admitted pro hac vice)
                                  James J. Reardon, Jr. (BBO #566161)
                                  LeBoeuf, Lamb, Greene & MacRae, L.L.P.
                                  Goodwin Square
                                  225 Asylum St.; 13th Floor
                                  Hartford, CT 06103
                                  (860)293-3500
                                  (860)293-3555 (facsimile)

# TABLE OF AUTHORITIES

**Federal Cases**

Brennan v. Carvel Corp. et al., 929 F.2d 801 (1st Cir. 1991)..................................................... 7

Comm'l Union Ins. Co. v. Seven Provinces Ins. Co., 217 F.3d 33 (1st Cir. 2000) ....................... 6

Pepsi-Cola Metropolitan Bottling Co. v. Checkers, Inc., 754 F.2d 10 (1st Cir. 1985).................. 6

Quaker State Oil Refining Corp. v. Garrity Oil Co., 884 F.2d 1510 (1st Cir. 1989)..................... 7

**State Cases**

Anthony's Pier Four, Inc. v. HBC Assocs., 583 N.E.2d 806 (Mass. 1991) .................................. 5

Duclersaint v. Federal Nat'l Mortgage Assn., 427 Mass. 809 (Mass. 1998................................. 6

Gott v. Robert E. Anderson, Inc., 1990 Mass. App. Div. 73 (Mass. App. Ct. 1990) ..................... 6

Whitinsville Plaza, Inc. v. Kotseas, 378. Mass. 85 (Mass. 1985).........................................5, 6