UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TOWN OF BEDFORD | : | |
| Plaintiff | : | No. 05-10214JCT |
| v. | : | CERTIFICATE PURSUANT TO LOCAL RULES |
| ENERGY EAST SOLUTIONS, INC. | : | 7.1(a)(2) and 37.1(b) |
| Defendant | : | |

### CERTIFICATE REGARDING PRE-MOTION CONFERENCE

I hereby certify that prior to the filing of the instant Motion, and pursuant to Local Rules 7.1(a)(2) and 37.1(b), I contacted Plaintiff's counsel by telephone on March 7, 2005 in order to confer in good faith to resolve or narrow the issues addressed in Energy East's Motion to Dismiss Count II of the Complaint. After conferring, the parties have been unable to resolve the issue.

Dated: March 7, 2005

RESPECTFULLY SUBMITTED,

ENERGY EAST SOLUTIONS, INC.

By: _____
James J. Reardon, Jr. (BBO #566161)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum St.; 13th Floor
Hartford, CT 06103
(860)293-3500
(860)293-3555 (facsimile

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Dismiss and Memorandum of Law in Support thereof was sent by first class mail, postage prepaid on this 7th day of March, 2005 to all counsel of record and pro se parties as follows:

Michael F.X. Dolan, Jr., Esq.
Murphy, Hesse, Toomey & LeHane, L.L.P.
300 Crown Colony Dr.
Quincy, MA 02269

James J. Reardon, Jr.