## LeBoeuf, Lamb, Greene & MacRae
### L.L.P.

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

| | | |
|---|---|---|
| NEW YORK | GOODWIN SQUARE | LONDON |
| WASHINGTON, D.C. | 225 ASYLUM STREET, 13TH FLOOR | LONDON-BASED MULTINATIONAL PARTNERSHIP) |
| ALBANY | | PARIS |
| BOSTON | HARTFORD, CT 06103 | BRUSSELS |
| HARRISBURG | (860) 293-3500 | JOHANNESBURG |
| HARTFORD | | (PTY) LTD. |
| HOUSTON | FACSIMILE: (860) 293-3555 | MOSCOW |
| JACKSONVILLE | | RIYADH |
| LOS ANGELES | | (AFFILIATED OFFICE) |
| NEWARK | | BISHKEK |
| PITTSBURGH | | ALMATY |
| SALT LAKE CITY | | BEIJING |
| SAN FRANCISCO | | |

March 29, 2005

**VIA FEDERAL EXPRESS**

The Honorable Joseph L. Tauro
United States Courthouse
Suite 2300
1 Courthouse Way
Boston, MA 02210

    Re: <u>Town of Bedford v. Energy East Solutions, Inc. 05-10214JCT</u>

Dear Judge Tauro:

  By this letter, the parties wish to jointly inform the Court that it need not consider the Motion to Dismiss of Defendant, Energy East Solutions, Inc. filed on March 7, 2005 (the "Motion") because the Plaintiff's filing of its First Amended Complaint has superseded that Motion. Although the filing of Plaintiff's First Amended Complaint superseded Energy East's pending Motion to Dismiss, Energy East has expressly reserved the right to refile the Motion.

  Contemporaneously with this letter, Energy East has filed a stipulation of extension of time to respond to the First Amended Complaint through and including May 6, 2005.

  Thank you for your consideration of this matter.

                 Sincerely,

                 James J. Reardon

cc: Michael F.X. Dolan, Jr., Esq.