# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

TOWN OF BEDFORD                     :

        Plaintiff            :          CASE NO. 05-10214JCT

v.                                  :

ENERGY EAST SOLUTIONS, INC.        :

        Defendant           :

## DEFENDANT'S MOTION TO DISMISS COUNT III OF THE FIRST AMENDED COMPLAINT

Pursuant to F.R.C.P. 12(b)(6), Defendant Energy East Solutions, Inc. ("Defendant" or "Energy East") hereby moves to dismiss Count III of Plaintiff Town of Bedford's ("Plaintiff") First Amended Complaint ("Complaint"). In Count I of the Complaint, Plaintiff asserts that Energy East breached a contract for the purchase and sale of natural gas. In Count III of the Complaint, Plaintiff attempts to repeat its breach of contract claim as a claim for violation of the Massachusetts consumer protection law under M.G.L. c. 93A. Count III must be dismissed because under Massachusetts law, a simple breach of contract claim does not support a claim under M.G.L. c. 93A.

Defendant therefore respectfully submits the attached Memorandum of Law in support of its Motion to Dismiss Count III of the Complaint.

Dated at Hartford, Connecticut this 5th day of May, 2005.

RESPECTFULLY SUBMITTED,
ENERGY EAST SOLUTIONS, INC.

By: _____

Thomas G. Rohback (admitted *pro hac vice*)
James J. Reardon, Jr. (BBO #566161)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum St.; 13th Floor
Hartford, CT 06103
(860)293-3500
(860)293-3555 (facsimile)

# TABLE OF AUTHORITIES

**Federal cases**

Brennan v. Carvel Corp. et al., 929 F.2d 801 (1st Cir. 1991)............................................................. 4

Bunge Oils, Inc., f/k/a Bunge Foods Corp. v. Marketing Development, LLC, 2005 U.S. Dist.

    LEXIS 4133 (D. Mass. 2005) ...................................................................................................... 5

Quaker State Oil Refining Corp. v. Garrity Oil Co., 884 F.2d 1510 (1st Cir. 1989)................... 3, 4

Sunoco Inc., v. Makol and Makol Family, L.P., 2002 U.S. Dist. LEXIS 8966 (D. Mass. 2002)... 5

Vaughn v. The American Automobile Assn., 326 F. Supp. 2d 195, 200 (D. Mass. 2004) ............ 4

**State cases**

Boyle v. General GMC., Inc.,795 N.E.2d 1237 (Mass. App. Ct. 2003) ......................................... 4

Duclersaint v. Federal Nat'l Mortgage Assn., 427 Mass. 809, 814 (Mass. 1998) .......................... 4

Gott v. Robert E. Anderson, Inc., 1990 Mass. App. Div. 73 (Mass. App. Ct. 1990) ..................... 4

Whitinsville Plaza, Inc. v. Kotseas, 378 Mass. 85 (Mass. 1985)................................................. 3, 4