UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TOWN OF BEDFORD | : | |
|     Plaintiff | : | No. 05-10214JLT |
| v. | : | |
| ENERGY EAST SOLUTIONS, INC. | : | |
|     Defendant | : | |

**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER
IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, Energy East Solutions, Inc. ("Defendant" or "Energy East"), hereby moves for this stipulated extension of time up to and including August 30, 2005 in which to respond to Plaintiff Town of Bedford's ("Plaintiff" or "Bedford") First Amended Complaint ("Complaint") and states as follows:

1. Plaintiff commenced this action against Energy East in the Superior Court of Middlesex County, Massachusetts on or around January 18, 2005.

2. On January 31, 2005, Defendant filed a Notice of Removal in this Court and served a Notice of the Notice of Removal on all adverse parties and the Clerk of the Middlesex County Superior Court.

3. On March 18, 2005 Plaintiff filed its First Amended Complaint.

4. On May 6, 2005, Defendant filed a Motion to Dismiss Count III of the First Amended Complaint.

5. On August 2, 2005, the Court (Tauro, J.) denied Defendant's Motion to Dismiss Count III of the First Amended Complaint.

6.  On August 12, 2005, Bedford's counsel consented to an extension of time in which Energy East may Answer the First Amended Complaint, through and including August 30, 2005 and has authorized Defendant to convey its consent to the Court through the instant motion.

7.  This extension is necessary to provide Defendant a fair opportunity to respond to the allegations of the First Amended Complaint.

8.  No Scheduling Order has been entered and this extension will not interfere with the progress of this case.

9.  Defendant has attached an Order reflecting the stipulation of the parties.

WHEREFORE, Energy East respectfully requests that the Court enter the Order consistent with the agreement of the parties

Dated at Hartford, Connecticut this 15th day of August, 2005.

RESPECTFULLY SUBMITTED,

ENERGY EAST SOLUTIONS, INC.

By: _____
James J. Reardon, Jr. (BBO #566161)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum St.; 13th Floor
Hartford, CT 06103
(860)293-3500
(860)293-3555 (facsimile)

2

## CERTIFICATION

This is to certify that a copy of the foregoing Stipulated Motion for Extension of Time to Answer in Response to Plaintiff's First Amended Complaint was sent by Federal Express on this 15th day of August, 2005 to all counsel of record and pro se parties as follows:

Michael F.X. Dolan, Jr., Esq.
Murphy, Hesse, Toomey & LeHane, L.L.P.
300 Crown Colony Drive
Quincy, MA 02269

_____
James J. Reardon, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TOWN OF BEDFORD                        :

    Plaintiff                          :    No. 05-10214JLT

v.                                     :

ENERGY EAST SOLUTIONS, INC.            :

    Defendant                          :

## ORDER

Upon consideration of the Stipulated Motion for Extension of Time to Answer in Response to Plaintiff's First Amended Complaint, it is hereby ORDERED AND DECREED THAT the Stipulated Motion is GRANTED and Defendant's Answer is due on or by August 30, 2005.

                                                                              The Honorable Joseph L. Tauro