UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TOWN OF BEDFORD,
        Plaintiff,

v.

ENERGY EAST SOLUTIONS, INC.,
        Defendant.

DOCKET NO. 05-10214-JCT

**PLAINTIFF TOWN OF BEDFORD'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Town of Bedford moves for summary judgment as to Count I (breach of contract) of its First Amended Complaint.

In support of its motion, Town of Bedford submits that there are no material facts in dispute and that it is entitled to judgment as a matter of law for the following reasons. First, the contract for the sale of natural gas by and between Town of Bedford and Defendant Energy East Solutions, Inc. is unambiguous. Second, Defendant breached the contract by ceasing to provide natural gas to Town of Bedford during the renewed term of the contract despite the plain language of the contract providing for automatic renewal of the contract and all of its term. Despite Defendant's anticipated insistence that the contract is ambiguous and that the automatic renewal language was not intended to address the price term, Defendant as drafter of the contract should have any and all ambiguities in contractual language construed against it. Town of Bedford suffered financial injury as a direct result of Defendant's breach of contract. In further support of its motion, Town of Bedford refers to and incorporates by reference its Memorandum of Law, Concise Statement of Material Facts, and supporting affidavits submitted herewith.

REQUEST FOR ORAL ARGUMENT

The Town respectfully requests that the Court allow oral argument on its motion.

WHEREFORE, Town of Bedford respectfully requests that the Court:

1. Grant its Motion for Partial Summary Judgment as to Count I of its First Amended Complaint, and enter judgment in the Town's favor on that count; and

2. Award such further relief as the Court deems appropriate.

Respectfully submitted,

TOWN OF BEDFORD

By its attorneys,

MURPHY, HESSE, TOOMEY & LEHANE, LLP

_____/s/ Michael F.X. Dolan, Jr._____
Michael F.X. Dolan, Jr. BBO# 565876
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive
Quincy, MA  02169
(617) 479-5000

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Michael F.X. Dolan, Jr., hereby certify that on November 17, 2005, I had a telephone conference with counsel of record concerning the instant motion during which we attempted in good faith to resolve or narrow the issues presented.

_____/s/ Michael F.X. Dolan, Jr._____
Michael F.X. Dolan, Jr.