UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10214-JCT

| | |
|---|---|
| TOWN OF BEDFORD,<br><br>    Plaintiff,<br>v.<br><br>ENERGY EAST SOLUTIONS, INC.,<br><br>    Defendant. | **PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH L.R. 16.1(D)(3)** |

Pursuant to LR 16.1(D)(3), Plaintiff Town of Bedford ("Plaintiff") and its attorneys hereby certify that they have conferred regarding: (1) establishing a budget for the costs of litigation; and (2) consideration of resolving the instant matter through the use of the alternative dispute resolution programs outlined in LR 16.4.

Respectfully submitted,

PLAINTIFF TOWN OF BEDFORD,

By: /s/ Richard T. Reed
    Authorized Representative

By its attorneys,

MURPHY, HESSE, TOOMEY & LEHANE, LLP

/s/ Michael F.X. Dolan, Jr.
Michael F.X. Dolan, Jr., BBO # 565876
mdolan@mhtl.com
Thomas W. Colomb, BBO # 638211
tcolomb@mhtl.com
300 Crown Colony Drive, Ste. 410
Quincy, MA 02169
617.479.5000