UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF BEDFORD,<br>        Plaintiff,<br><br>v.<br><br>ENERGY EAST SOLUTIONS, INC.,<br>        Defendant. | DOCKET NO. 05-10214-JCT |

**AFFIDAVIT OF RICHARD T. REED**

I, Richard T. Reed, submit this affidavit in support of Plaintiff Town of Bedford's Motion for Partial Summary Judgment. Under the pain and penalties of perjury, I state as follows:

1. I am over the age of 21. I reside in Bedford, Massachusetts.

2. I am employed by Town of Bedford as Town Administrator.

3. Town of Bedford's current supplier of natural gas is Select Energy.

4. Under our previous contract with Energy East Solutions, Inc. for the sale of natural gas, Town of Bedford paid a fixed rate of $5.65 per Dth for gas.

5. Under our first year contract with Select Energy for the sale of natural gas, Town of Bedford paid a fixed rate of $8.91 per Dth for gas through October, 2005.

6. During the first year contract with Select Energy, Town of Bedford paid more than $50,000.00 in excess of what it would have paid to Energy East Solutions, Inc. for natural gas.

7. Due to the extreme escalation and fluctuation of current gas prices, Town of Bedford is currently receiving price quotes for gas on a month to month basis. For November, 2005, Bedford is paying $17.48 per Dth for gas from Select Energy.

2

8. Projecting Town of Bedford's current monthly rate – $17.48 per Dth – over the next two years, Town of Bedford's total estimated damages would exceed $430,000.00. If gas rates continue to rise, Town of Bedford's total estimated damages would continue to rise as well.

Signed under the pain and penalties of perjury this 2nd day of November, 2005.

_____
Richard T. Reed