# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

TOWN OF BEDFORD,
Plaintiff,

v.

ENERGY EAST SOLUTIONS, INC.,
Defendant.

DOCKET NO. 05-10214-JCT

## AFFIDAVIT OF MARCIA PYLES

I, Marcia Pyles, submit this affidavit in support of Plaintiff Town of Bedford's Motion for Partial Summary Judgment.  Under the pain and penalties of perjury, I state as follows:

1.      I am over the age of 21.  I reside in Billerica, Massachusetts.

2.      I am employed by Town of Bedford as Facilities Information and Procurement Analyst.

3.      As part of my job, I maintain the natural gas bills for the Town of Bedford and handle relations with the natural gas vendors.

4.      Attached hereto as *Exhibit 1* are true and accurate copies of Town of Bedford's natural gas bills reflecting, among other things, meter read dates in August 2001 and August 2004.

5.      To the best of my personal knowledge, neither Town of Bedford nor Energy East Solutions, Inc. indicated its intent not to renew their August 2001 through August 2004 Natural Gas Sales Agreement within the timeframe and in the manner contemplated by the automatic renewal provision of the Agreement.

6.    I called Energy East Solutions, Inc. on or about August 16, 2004, to discuss our continued business relationship.

7.    To the best of my personal knowledge, it was not until that discussion that either Town of Bedford or Energy East Solutions, Inc. discussed the renewal term of the Natural Gas Sales Agreement.

8.    During that discussion, Energy East Solutions, Inc. confirmed to me that the Natural Gas Sales Agreement had renewed according to its terms.

9.    During that discussion, the representative of Energy East Solutions, Inc. proclaimed that it had made a "huge mistake" in forgetting to express its intent not to renew.

10.    Energy East Solutions, Inc. stopped its natural gas service to the Town of Bedford in or about September, 2004.

11.    As a result of Energy East Solutions, Inc. stopping service, Town of Bedford had to find an alternative supplier of natural gas under short notice.


Signed under the pain and penalties of perjury this /*th* day of November, 2005.

_Marcia Pyles_
Marcia Pyles

2

# 2001 INVOICES



# NORTHEAST
## ENERGY PARTNERS
*With* AES NewEnergy

0521981

# GAS INVOICE

Page: 1

| | |
|---|---|
| Account Number | 107 |
| BOSGAS Account #: | 4301104651010 |
| Invoice Number | 45 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

For Service at: Town of Bedford
11 Mudge Way
Bedford, MA  01730

Billing Address: Town of Bedford
Attention: Richard Reed
11 Mudge Way
Bedford, MA  01730

RECEIVED

NOV 14 2001

SELECTMEN/TOWN ADMINISTRATOR
BEDFORD, MA

| | |
|---|---|
| Balance Forward | 0.00 |
| Current Invoice | 137.86 |
| Balance Due Now | 137.86 |

**To avoid 1.5% finance charge pay by Due Date.**

Questions on this invoice? Call 1-866-328-7220, Fax 1-860-647-1847, jhawkins@neenergypartners.com
Questions about your gas utility service? Please contact Boston Gas/KeySpan Energy at:
"Customer Correspondence", One MetroTech Center  Brooklyn, NY  11201  Phone: 1-800-532-9600

**To report a gas emergency, please call: 1-800-233-5325**

## Detailed Charges for Meter Read Dated From: 07/23/01 To: 08/21/01

| Description | Quantity | Units | Unit Price | Total Price |
|---|---|---|---|---|
| | 24.40 | DTH | 5.65 | 137.86 |
| Gas Supply Charges | | | | |
| **THANK YOU FOR YOUR BUSINESS!** | | | Subtotal: | 137.86 |
| | | | Sales Tax: | 0.00 |
| | | | Total: | 137.86 |

*TV# 13,070*

*4100-54-18-5*

*$ 137.86*

*Please detach and return this portion with your payment.*

| | |
|---|---|
| NMEM Account Number | 107 |
| BOSGAS Account #: | 4301104651010 |
| Invoice Number | 45 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

| Balance Due Now: | 137.86 |
|---|---|
| Amount Enclosed: | |

MAKE CHECKS PAYABLE TO:
Northeast Energy Partners, LLC
P.O. Box 32612
Hartford, CT 06150-2612
TIN #: 06-1581691

#77

## TO DATE

| Billed | Credits | Payments | Finance Charges | Balance |
|---|---|---|---|---|
| 137.86 | 0.00 | 0.00 | 0.00 | 137.86 |

# NORTHEAST
ENERGY PARTNERS

*With*  AES NewEnergy

# GAS INVOICE

Page: 1

For Service at: Town of Bedford
11 Mudge Way
Bedford, MA  01730

Billing Address: Town of Bedford
Attention: Richard Reed
11 Mudge Way
Bedford, MA  01730

NOV 1 4 2001

| | |
|---|---|
| Account Number | 108 |
| BOSGAS Account #: | 4301108801010 |
| Invoice Number | 47 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

| | |
|---|---|
| Balance Forward | 0.00 |
| Current Invoice | 4.58 |
| Balance Due Now | 4.58 |

**To avoid 1.5% finance charge pay by Due Date.**

Questions on this invoice? Call 1-866-328-7220, Fax 1-860-647-1847, jhawkins@neenergypartners.com
Questions about your gas utility service? Please contact Boston Gas/KeySpan Energy at:
"Customer Correspondence", One MetroTech Center  Brooklyn, NY  11201  Phone: 1-800-532-9600
**To report a gas emergency, please call: 1-800-233-5325**

### Detailed Charges for Meter Read Dated From: 07/23/01 To: 08/21/01

| Description | Quantity | Units | Unit Price | Total Price |
|---|---|---|---|---|
| Gas Supply Charges<br>**THANK YOU FOR YOUR BUSINESS!** | 0.81 | DTH | 5.65 | 4.58 |

| | |
|---|---|
| Subtotal: | 4.58 |
| Sales Tax: | 0.00 |
| Total: | 4.58 |




# NORTHEAST
E N E R G Y   P A R T N E R S   *With*   AES NewEnergy

# GAS INVOICE

Page: 1

| | |
|---|---|
| Account Number | 109 |
| BOSGAS Account #: | 4301108819010 |
| Invoice Number | 49 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

**For Service at:** Town of Bedford
11 Mudge Way
Bedford, MA  01730

**Billing Address:** Town of Bedford
Attention: Richard Reed
11 Mudge Way
Bedford, MA  01730

NOV 1 4 2001

| | |
|---|---|
| Balance Forward | 0.00 |
| Current Invoice | 33.34 |
| Balance Due Now | 33.34 |

To avoid 1.5% finance charge pay by Due Date.

Questions on this invoice? Call 1-866-328-7220, Fax 1-860-647-1847, jhawkins@neenergypartners.com
Questions about your gas utility service? Please contact Boston Gas/KeySpan Energy at:
"Customer Correspondence", One MetroTech Center  Brooklyn, NY  11201  Phone: 1-800-532-9600
**To report a gas emergency, please call: 1-800-233-5325**

### Detailed Charges for Meter Read Dated From: 07/23/01 To: 08/21/01

| Description | Quantity | Units | Unit Price | Total Price |
|---|---|---|---|---|
| Gas Supply Charges | 5.90 | DTH | 5.65 | 33.34 |
| **THANK YOU FOR YOUR BUSINESS!** | | | | |
| | | | Subtotal: | 33.34 |
| | | | Sales Tax: | 0.00 |
| | | | Total: | 33.34 |

*Please detach and return this portion with your payment.*

| | |
|---|---|
| NMEM Account Number | 109 |
| BOSGAS Account #: | 4301108819010 |
| Invoice Number | 49 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

| Balance Due Now: | 33.34 |
|---|---|
| Amount Enclosed: | *33.34* |

MAKE CHECKS PAYABLE TO:
Northeast Energy Partners, LLC
P.O. Box 32612
Hartford, CT 06150-2612
TIN #: 06-1581691

## TO DATE

| Billed | Credits | Payments | Finance Charges | Balance |
|---|---|---|---|---|
| 33.34 | 0.00 | 0.00 | 0.00 | 33.34 |

# NORTHEAST
# ENERGY PARTNERS

*With*  AES NewEnergy

# GAS INVOICE

Page: 1

For Service at: Town of bedford
11 Mudge Ave.
Bedford, MA  01730

Billing Address: Town of bedford
Attention: Richard Reed
11 Mudge Ave.
Bedford, MA  01730

| | |
|---|---|
| Account Number | 110 |
| BOSGAS Account #: | 4301108827010 |
| Invoice Number | 50 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

| | |
|---|---|
| Balance Forward | 0.00 |
| Current Invoice | 23.17 |
| Balance Due Now | 23.17 |

To avoid 1.5% finance charge pay by Due Date.

Questions on this invoice? Call 1-866-328-7220, Fax 1-860-647-1847, jhawkins@neenergypartners.com
Questions about your gas utility service? Please contact Boston Gas/KeySpan Energy at:
"Customer Correspondence", One MetroTech Center  Brooklyn, NY  11201  Phone: 1-800-532-9600

**To report a gas emergency, please call: 1-800-233-5325**

### Detailed Charges for Meter Read Dated From: 07/23/01 To: 08/21/01

| Description | Quantity | Units | Unit Price | Total Price |
|---|---|---|---|---|
| Gas Supply Charges | 4.10 | DTH | 5.65 | 23.17 |
| **THANK YOU FOR YOUR BUSINESS!** | | | | |

| | |
|---|---|
| Subtotal: | 23.17 |
| Sales Tax: | 0.00 |
| Total: | 23.17 |

VENDOR NO: _____
AMOUNT: $ 23.17
INVOICE DATE: 11/7/01
INVOICE NO: 50
P.O. DATE: _____   P.O. NO. _____
ACCOUNT NO: 001-2360  5211  0000
001-2369-5211-0000

---

*Please detach and return this portion with your payment.*

| | |
|---|---|
| NMEM Account Number | 110 |
| BOSGAS Account #: | 4301108827010 |
| Invoice Number | 50 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

| | |
|---|---|
| Balance Due Now: | 23.17 |
| Amount Enclosed: | 23.17 |

MAKE CHECKS PAYABLE TO:
Northeast Energy Partners, LLC
P.O. Box 32612
Hartford, CT 06150-2612
TIN #: 06-1581691

## TO DATE

| Billed | Credits | Payments | Finance Charges | Balance |
|---|---|---|---|---|
| 23.17 | 0.00 | 0.00 | 0.00 | 23.17 |

"NEW VENDOR NUMBER FORM"

ME Northeast Energy Partners, LLC

RESS   P.O. Box 32612

Hartford, CT 06150-2612

lease check if appropriate):

ill a 1099 be issued: _____

inority or Women Business: _____

inance Dept. Use):
ur NEW VENDOR NUMBER IS: _____

NOV 14 2001

# GAS INVOICE

Page: 1

| | |
|---|---|
| Account Number | 111 |
| BOSGAS Account #: | 4301108835010 |
| Invoice Number | 53 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

| | |
|---|---|
| **Balance Forward** | **0.00** |
| **Current Invoice** | **14.13** |
| **Balance Due Now** | **14.13** |

**To avoid 1.5% finance charge pay by Due Date.**

---

Questions on this invoice? Call 1-866-328-7220, Fax 1-860-647-1847, jhawkins@neenergypartners.com
Questions about your gas utility service? Please contact Boston Gas/KeySpan Energy at:
"Customer Correspondence", One MetroTech Center  Brooklyn, NY 11201  Phone: 1-800-532-9600
**To report a gas emergency, please call: 1-800-233-5325**

---

### Detailed Charges for Meter Read Dated From: 07/23/01 To: 08/21/01

| Description | Quantity | Units | Unit Price | Total Price |
|---|---|---|---|---|
| Gas Supply Charges | 2.50 | DTH | 5.65 | 14.13 |
| **THANK YOU FOR YOUR BUSINESS!** | | | | |

| | |
|---|---|
| Subtotal: | 14.13 |
| Sales Tax: | 0.00 |
| Total: | 14.13 |

VENDOR NO: _____
AMOUNT:  $ 14.13
INVOICE DATE:  11/7/01
INVOICE NO:  53
P.O. DATE: _____  P.O. NO. _____
ACCOUNT NO: 001-2360 - 5211 - 0000
001-2960 - 5211 - 0000

OK Richard T. Reed

---

*Please detach and return this portion with your payment.*

| | |
|---|---|
| NMEM Account Number | 111 |
| BOSGAS Account #: | 4301108835010 |
| Invoice Number | 53 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

| | |
|---|---|
| **Balance Due Now:** | **14.13** |
| **Amount Enclosed:** | 14.13 |

MAKE CHECKS PAYABLE TO:
Northeast Energy Partners, LLC
P.O. Box 32612
Hartford, CT 06150-2612
TIN #: 06-1581691

---

## TO DATE

| Billed | Credits | Payments | Finance Charges | Balance |
|---|---|---|---|---|
| 14.13 | 0.00 | 0.00 | 0.00 | 14.13 |



# GAS INVOICE

**NORTHEAST** ENERGY PARTNERS  *With*  AES NewEnergy

0521989

Page: 1

| | |
|---|---|
| Account Number | 112 |
| BOSGAS Account #: | 4301108892010 |
| Invoice Number | 54 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

For Service at:  Town of Bedford
11 Mudge Way
Bedford, MA 01730

Billing Address:  Town of Bedford
Attention: Richard Reed
11 Mudge Way
Bedford, MA 01730

NOV 14 2001

| | |
|---|---|
| Balance Forward | 0.00 |
| Current Invoice | 4.58 |
| Balance Due Now | 4.58 |

**To avoid 1.5% finance charge pay by Due Date.**

---

Questions on this invoice? Call 1-866-328-7220, Fax 1-860-647-1847, jhawkins@neenergypartners.com
Questions about your gas utility service? Please contact Boston Gas/KeySpan Energy at:
"Customer Correspondence", One MetroTech Center  Brooklyn, NY  11201  Phone: 1-800-532-9600
**To report a gas emergency, please call: 1-800-233-5325**

---

### Detailed Charges for Meter Read Dated From: 07/23/01 To: 08/21/01

| Description | Quantity | Units | Unit Price | Total Price |
|---|---|---|---|---|
| Gas Supply Charges | 0.81 | DTH | 5.65 | 4.58 |
| **THANK YOU FOR YOUR BUSINESS!** | | | | |
| | | | Subtotal: | 4.58 |
| | | | Sales Tax: | 0.00 |
| | | | Total: | 4.58 |

*TV#13,070*

*4100-54-18-1*

*$ 4.58*

---

*Please detach and return this portion with your payment.*

| | |
|---|---|
| NMEM Account Number | 112 |
| BOSGAS Account #: | 4301108892010 |
| Invoice Number | 54 |
| Invoice Date | 11/07/01 |
| Account Manager | Jerry Hawkins - NEP |
| Terms | Net 30 Days |
| Due Date | 12/07/01 |

| | |
|---|---|
| Balance Due Now: | 4.58 |
| Amount Enclosed: | |

MAKE CHECKS PAYABLE TO:
Northeast Energy Partners, LLC
P.O. Box 32612
Hartford, CT 06150-2612
TIN #: 06-1581691

*$77*

### TO DATE

| Billed | Credits | Payments | Finance Charges | Balance |
|---|---|---|---|---|
| 4.58 | 0.00 | 0.00 | 0.00 | 4.58 |



PLEASE INDICATE
AMOUNT PAID

JOB LANE SCHOOL
BEDFORD PUBLIC SCH
BUSINESS OFF 9 MUDGE WY
BEDFORD MA 01730-2166

0521052

PAYMENTS RECEIVED BY
OCT 17, 2001
WILL BE REFLECTED
ON YOUR NEXT BILL

## KEYSPAN ENERGY DELIVERY

MAKE CHECKS PAYABLE TO ABOVE:

**ACCOUNT NUMBER**

43011 04651 010

*15*

PAYMENT DUE
UPON RECEIPT

AMOUNT DUE

$97.41

43011046510100100000097412

PLEASE DETACH HERE

**KEYSPAN**

| SERVICE ADDRESS | ACCOUNT NUMBER | BILLING DATE |
|---|---|---|
| JOB LANE SCHOOL<br>SWEETWATER AV SCH<br>BEDFORD MA 01730 | 43011 04651 010 | SEP 21, 2001 |
|  | METER NUMBER | NEXT READ DATE |
|  | 06406158 | OCT 22, 2001 |

**FOR BILL INFORMATION OR SERVICE CALL:  1-800-732-3400**

### GAS USED

Bill for 1 month, Aug 21-Sep 20
Present actual meter read, Sep 20, 2001          16065
Previous actual meter read, Aug 21, 2001       - 15821
Units of gas                                          244
Therm conversion factor                          x 1.0430
Therms used this period                              254

### CHARGES FOR GAS USED

Commercial/Industrial, G-52T

**Delivery Charges:**
Customer Charge                              $40.5400
Distribution Charges:
    254 therms x .22350 per therm =          56.7690
Distribution Adjustment:
    254 therms x .00040 per therm =            .1016
Total Delivery Charges                       $97.4106

**Supplier Charges:**
Cost of gas to be billed by:
SELECT ENERGY, INC.

Total Charges for Gas Used                    $97.41

### GAS USE HISTORY

| | Therms | | | Therms |
|---|---|---|---|---|
| Sep 01 Actual | 254 | Feb 01 Actual | 499 |
| Aug 01 Actual | 241 | Jan 01 Actual | 536 |
| Jul 01 Actual | 175 | Dec 00 Actual | 539 |
| Jun 01 Actual | 365 | Nov 00 Actual | 496 |
| May 01 Actual | 367 | Oct 00 Actual | 470 |
| Apr 01 Actual | 379 | Sep 00 Actual | 255 |
| Mar 01 Actual | 351 | Aug 00 Actual | 87 |

### BALANCE & PAYMENTS

Balance as of Aug 22, 2001                      $94.50
Thank you for Sep 5, 2001 payment             94.50cr
Balance before adding new charges                $.00

Delivery Charges this bill period               $97.41
Total Charges this bill period                  $97.41

**PLEASE PAY THIS AMOUNT**                      $97.41

*TV# 2233*

*4100-54-18-5*

*$ 97.41*

*#51*

*Visit us at:* **WWW.KEYSPANENERGY.COM**

**IMPORTANT: TO REPORT A GAS LEAK CALL:    1-800-231-5325**

SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

PLEASE KEEP THIS PORTION OF
THE BILL FOR YOUR RECORDS

**SERVICE ADDRESS**

TOWN OF BEDFORD-PUMP-DPW
341 GREAT D
BEDFORD NH 01730

| ACCOUNT NUMBER | BILLING DATE |
|---|---|
| 43011 088 010 | SEP 21, 2001 |

| METER NUMBER | NEXT READ DATE |
|---|---|
| 0T539991 | OCT 22, 2001 |

**FOR BILL INFORMATION OR SERVICE CALL:** 1-800-732-3400

## GAS USED

Bill for 1 month, Aug 21-Sep 20
Present actual meter read, Sep 20, 2001
Previous actual meter read, Aug 21, 2001
Units of gas
Therm conversion factor
Therms used this period

1415
- 1407
8
x1.0430
8

## CHARGES FOR GAS USED

Commercial/Industrial, G-51T

**Delivery Charges:**
Customer Charge
Distribution Charges:
8 therms x .37360 per therm =
Distribution Adjustment:
8 therms x .00040 per therm =
Total Delivery Charges

$23.2000

2.9888

.0032
$26.1920

**Supplier Charges:**
Cost of gas to be billed by:
SELECT ENERGY, INC.

Total Charges for Gas Used

$26.19

## GAS USE HISTORY

| | Therms | | | Therms |
|---|---|---|---|---|
| Sep 01 Actual | 8 | Feb 01 Actual | | 8 |
| Aug 01 Actual | 8 | Jan 01 Actual | | 8 |
| Jul 01 Actual | 8 | Dec 00 Actual | | 8 |
| Jun 01 Actual | 8 | Nov 00 Actual | | 4 |
| May 01 Actual | 8 | Oct 00 Actual | | 0 |
| Apr 01 Actual | 8 | Sep 00 Actual | | 0 |
| Mar 01 Actual | 7 | Aug 00 Actual | | 0 |
| | | | | 0 |

## BALANCE & PAYMENTS

Balance as of Aug 22, 2001
Thank you for Sep 20, 2001 payment
Balance before adding new charges

$25.02
25.02cr
$.00

Delivery Charges this bill period
Total Charges this bill period

$26.19
$26.19

**PLEASE PAY THIS AMOUNT**

$26.19

it us at: **WWW.KEYSPANENERGY.COM**

**IMPORTANT: TO REPORT A GAS LEAK CALL:** 1-800-231-5325

REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

PLEASE KEEP THIS PORTION OF
THE BILL FOR YOUR RECORDS

WHEN PAYING AT OFFICE PLEASE BRING THIS ENTIRE BILL
PLEASE DETACH BY MAIL PLEASE SEND THIS COUPON
AND MAIL PAYMENTS TO: POST OFFICE BOX 4300
WOBURN, MA 01888-4300

PLEASE INDICATE
AMOUNT PAID

51.77

PAYMENTS RECEIVED BY
OCT 17, 2001
WILL BE REFLECTED
ON YOUR NEXT BILL

TOWN OF BEDFORD--DPW
TOWN OFFICE
314 GREAT RD.
BEDFORD, MA. 01730

## KEYSPAN ENERGY DELIVERY          *15*

MAKE CHECKS PAYABLE TO ABOVE:

ACCOUNT NUMBER
43011 08819 010

PAYMENT DUE
UPON RECEIPT

**AMOUNT DUE**

$51.77

4301108819010010000000051773

PLEASE DETACH HERE

**KEYSPAN**

| SERVICE ADDRESS | ACCOUNT NUMBER | BILLING DATE |
|---|---|---|
| TOWN OF BEDFORD--DPW<br>10 MUDGE WY BLDG<br>BEDFORD MA 01730 | 43011 08819 010 | SEP 21, 2001 |
| | METER NUMBER | NEXT READ DATE |
| | 09713920 | OCT 22, 2001 |

**FOR BILL INFORMATION OR SERVICE CALL:   1-800-732-3400**

## GAS USED

Bill for 1 month, Aug 21-Sep 20
Present actual meter read, Sep 20, 2001          47523
Previous actual meter read, Aug 21, 2001        - 47471
Units of gas                                          52
Therm conversion factor                         x1.0430
Therms used this period                              54

## CHARGES FOR GAS USED

Commercial/Industrial, G-42T

**Delivery Charges:**
Customer Charge                                 $40.5400
Distribution Charges:
  54 therms x .20760 per therm =                11.2104
Distribution Adjustment:
  54 therms x .00040 per therm =                  .0216
Total Delivery Charges                          $51.7720

**Supplier Charges:**
Cost of gas to be billed by:
SELECT ENERGY, INC.

Total Charges for Gas Used            $51.77

### GAS USE HISTORY

| | Therms | | | Therms |
|---|---|---|---|---|
| Sep 01 Actual | 54 | Feb 01 Actual | | 3066 |
| Aug 01 Actual | 58 | Jan 01 Actual | | 4474 |
| Jul 01 Actual | 52 | Dec 00 Actual | | 3199 |
| Jun 01 Actual | 481 | Nov 00 Actual | | 1362 |
| May 01 Actual | 667 | Oct 00 Actual | | 669 |
| Apr 01 Actual | 1961 | Sep 00 Actual | | 3238 |
| Mar 01 Actual | 2507 | Aug 00 Actual | | 0 |

### BALANCE & PAYMENTS

Balance as of Aug 22, 2001                       $249.42
Thank you for Aug 30, 2001 payment               124.22cr
Thank you for Sep 5, 2001 payment                125.20cr
Balance before adding new charges                  $.00

Delivery Charges this bill period                 $51.77
Total Charges this bill period                    $51.77

**PLEASE PAY THIS AMOUNT**                         $51.77

*Visit us at:* **WWW.KEYSPANENERGY.COM**

**IMPORTANT: TO REPORT A GAS LEAK CALL:    1-800-231-5325**

SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

PLEASE KEEP THIS PORTION OF
THE BILL FOR YOUR RECORDS

**KEYSPAN**

WHEN PAYING AT OFFICE PLEASE BRING THIS ENTIRE BILL.
WHEN PAYING BY MAIL PLEASE ENCLOSE THIS COUPON
AND MAIL PAYMENTS TO:     POST OFFICE BOX 4300
                          WOBURN, MA 01888-4300



PLEASE INDICATE
AMOUNT PAID

₱ 123.90

TOWN CENTER
%ATTN FAY RUSSO
MUDGE WAY 2-1
BEDFORD MA 01730

PAYMENTS RECEIVED BY
OCT 17, 2001
WILL BE REFLECTED
ON YOUR NEXT BILL

**KEYSPAN ENERGY DELIVERY**            *15*

MAKE CHECKS PAYABLE TO ABOVE:

ACCOUNT NUMBER
43011 08827 010

PAYMENT DUE
UPON RECEIPT

AMOUNT DUE

$123.90

43011088270100100000123900

PLEASE DETACH HERE

**KEYSPAN**

| SERVICE ADDRESS | ACCOUNT NUMBER | BILLING DATE |
|---|---|---|
| TOWN CENTER<br>MUDGE WY BLDG<br>BEDFORD MA 01730 | 43011 08827 010 | SEP 21, 2001 |
|  | METER NUMBER | NEXT READ DATE |
|  | 07646911 | OCT 22, 2001 |

**FOR BILL INFORMATION OR SERVICE CALL:    1-800-732-3400**

**GAS USED**

Bill for 1 month, Aug 21-Sep 20
Present actual meter read, Sep 20, 2001          09623
Previous actual meter read, Aug 21, 2001       - 09587
Units of gas                                         48  *
Therm conversion factor                         x1.0430
Therms used this period                               50
*Factor of 1.3394 applied to units of gas used

**CHARGES FOR GAS USED**
Commercial/Industrial, G-43T

**Delivery Charges:**
Customer Charge                              $115.7200
Distribution Charges:
   50 therms x .16310 per therm =                8.1550
Distribution Adjustment:
   50 therms x .00040 per therm =                 .0200
Total Delivery Charges                       $123.8950

**Supplier Charges:**
Cost of gas to be billed by:
SELECT ENERGY, INC.

Total Charges for Gas Used                     $123.90

**GAS USE HISTORY**

| | Therms | | | Therms |
|---|---|---|---|---|
| Sep 01 Actual | 50 | Feb 01 Actual | 468 |
| Aug 01 Actual | 40 | Jan 01 Actual | 602 |
| Jul 01 Actual | 54 | Dec 00 Actual | 461 |
| Jun 01 Actual | 559 | Nov 00 Actual | 210 |
| May 01 Actual | 847 | Oct 00 Actual | 117 |
| Apr 01 Actual | 3297 | Sep 00 Actual | 10 |
| Mar 01 Actual | 4889 | Aug 00 Actual | 5 |

**BALANCE & PAYMENTS**
Balance as of Aug 22, 2001                    $122.2
Thank you for Sep 13, 2001 payment            122.2
Balance before adding new charges              $.00

Delivery Charges this bill period             $123.9
Total Charges this bill period                $123.9

**PLEASE PAY THIS AMOUNT**                    $123.9

VENDOR NO: _____

AMOUNT: $ 123.90

INVOICE DATE: 9/21/01

INVOICE NO: _____

P.O. DATE _____  P.O. NO. _____

ACCOUNT NO: 001-2360 — 5211   0000

*Visit us at:*  **WWW.KEYSPANENERGY.COM**

**KEYSPAN**

WHEN PAYING AT OFFICE PLEASE BRING THIS ENTIRE BILL.
WHEN PAYING BY MAIL PLEASE ENCLOSE THIS COUPON
AND MAIL PAYMENTS TO: POST OFFICE BOX 4300
WOBURN, MA 01888-4300



PLEASE INDICATE
AMOUNT PAID

$31.43

TOWN CENTER
%TOWN OF BEDFORD
12 MUDGE WAY M2-1
BEDFORD MA 01730



PAYMENTS RECEIVED B

OCT 17, 200
WILL BE REFLECTED
ON YOUR NEXT BILL

### KEYSPAN ENERGY DELIVERY

✱15✱

MAKE CHECKS PAYABLE TO ABOVE:

AMOUNT DUE

PAYMENT DUE
UPON RECEIPT

$31.


ACCOUNT NUMBER
43011 08835 010

43011088350100100000031439

PLEASE DETACH HERE

**KEYSPAN**

| SERVICE ADDRESS | ACCOUNT NUMBER | BILLING DATE |
|---|---|---|
| TOWN CENTER<br>MUDGE WY<br>BEDFORD MA 01730 | 43011 08835 010 | SEP 21, 200 |
| | METER NUMBER | NEXT READ DAT |
| | 03146724 | OCT 22, 200 |

### FOR BILL INFORMATION OR SERVICE CALL: 1-800-732-3400

## GAS USED

Bill for 1 month, Aug 21-Sep 20

| | |
|---|---|
| Present actual meter read, Sep 20, 2001 | 9301 |
| Previous actual meter read, Aug 21, 2001 | - 9280 |
| Units of gas | 21 |
| Therm conversion factor | x1.0430 |
| Therms used this period | 22 |

## CHARGES FOR GAS USED

Commercial/Industrial, G-51T

**Delivery Charges:**

| | |
|---|---|
| Customer Charge | $23.2000 |
| Distribution Charges:<br>22 therms x .37360 per therm = | 8.2192 |
| Distribution Adjustment:<br>22 therms x .00040 per therm = | .0088 |
| Total Delivery Charges | $31.4280 |

**Supplier Charges:**
Cost of gas to be billed by:
SELECT ENERGY, INC.

Total Charges for Gas Used    $31.43

## GAS USE HISTORY

| | | Therms | | | Th |
|---|---|---|---|---|---|
| Sep 01 | Actual | 22 | Feb 01 | Actual | |
| Aug 01 | Actual | 25 | Jan 01 | Actual | |
| Jul 01 | Actual | 24 | Dec 00 | Actual | |
| Jun 01 | Actual | 22 | Nov 00 | Actual | |
| May 01 | Actual | 21 | Oct 00 | Actual | |
| Apr 01 | Actual | 21 | Sep 00 | Actual | |
| Mar 01 | Actual | 10 | Aug 00 | Actual | |

## BALANCE & PAYMENTS

| | |
|---|---|
| Balance as of Aug 22, 2001 | $ |
| Thank you for Sep 13, 2001 payment | $ |
| Balance before adding new charges | |
| Delivery Charges this bill period | $ |
| Total Charges this bill period | $ |

## PLEASE PAY THIS AMOUNT    $

All bills are due when rendered, and all unpaid balances more than 55 days in arrears shall be subject to a late payment charge at the rate of 1.26% per month on the unpaid balance.

Jay Suse
OK Richard J. Qul

VENDOR NO: 2233 Lieu 3
AMOUNT: $31.43
INVOICE DATE: 9/21/01
INVOICE NO: ——
P.O. DATE —— P.O. NO. ——
ACCOUNT NO: 001-2360 — 5211    0000

*Visit us at:* **WWW.KEYSPANENERGY.COM**

**IMPORTANT: TO REPORT A GAS LEAK CALL:** 1-800-231-5325

SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

PLEASE KEEP THIS PORTION OF
THE BILL FOR YOUR RECORDS



PLEASE INDICATE
AMOUNT PAID

PAYMENTS RECEIVED BY

WILL BE REFLECTED
ON YOUR NEXT BILL

0531

BEDFORD HIGH SCHOOL
BEDFORD PUBLIC SCHOOLS
BUSINESS OFFICE 9 MUDGEWY
BEDFORD MA 01730-2166

## KEYSPAN ENERGY DELIVERY                    *15*

MAKE CHECKS PAYABLE TO ABOVE:

**ACCOUNT NUMBER**              PAYMENT DUE
UPON RECEIPT

43011 08892 010

**AMOUNT DUE**

$49.48

43011088920100100000049484

PLEASE DETACH HERE

**KEYSPAN**

| SERVICE ADDRESS | ACCOUNT NUMBER | BILLING DATE |
|---|---|---|
| BEDFORD HIGH SCHOOL<br>GREAT RD SCH<br>BEDFORD MA 01730 | 43011 08892 010 | SEP 28, 2001 |
| | METER NUMBER | NEXT READ DATE |
| | B9001953 | OCT 22, 2001 |

**FOR BILL INFORMATION OR SERVICE CALL:   1-800-732-3400**

### GAS USED
Bill for 1 month, Aug 21-Sep 20
Meter changed

| | |
|---|---|
| Present actual meter read, Sep 20, 2001 | 00010 |
| Reading when installed, Sep 18, 2001 | - 00010 |
| | 0 |
| Removed meter read, Sep 18, 2001 | 05904 |
| Previous estimate meter read, Aug 21, 2001 | - 05863 |
| | 41 |
| Units of gas | 41 |
| Therm conversion factor | x1.0430 |
| Therms used this period | 43 |

### CHARGES FOR GAS USED
Commercial/Industrial, G-42T

**Delivery Charges:**

| | |
|---|---|
| Customer Charge | $40.5400 |
| Distribution Charges: | |
| 43 therms x .20760 per therm = | 8.9268 |
| Distribution Adjustment: | |
| 43 therms x .00040 per therm = | .0172 |
| Total Delivery Charges | $49.4840 |

**Supplier Charges:**
Cost of gas to be billed by:
SELECT ENERGY, INC.

| | |
|---|---|
| Total Charges for Gas Used | $49.48 |

### BALANCE & PAYMENTS

| | |
|---|---|
| Balance as of Jul 24, 2001 | $46.14 |
| Thank you for Aug 10, 2001 payment | 46.14cr |
| Billing Aug 22, 2001 | 42.33 |
| Thank you for Sep 5, 2001 payment | 42.33cr |
| Balance before adding new charges | $.00 |
| Delivery Charges this bill period | $49.48 |
| Total Charges this bill period | $49.48 |
| **PLEASE PAY THIS AMOUNT** | $49.48 |

*TV# 2233*

*4100-54-18-1*

*$49.48*

*#67*

Visit us at:  **WWW.KEYSPANENERGY.COM**

**IMPORTANT: TO REPORT A GAS LEAK CALL:   1-800-231-5325**

SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION        PLEASE KEEP THIS PORTION OF
THE BILL FOR YOUR RECORDS



KEYSPAN

WHEN PAYING AT OFFICE PLEASE BRING THE ENTIRE BILL
WHEN PAYING BY MAIL PLEASE ENCLOSE THIS COUPON
AND MAIL PAYMENTS TO:    POST OFFICE BOX 4300
WOBURN, MA 01888-4300



PLEASE INDICATE
AMOUNT PAID

50.62



PAYMENTS RECEIVED BY
OCT 17, 2001
WILL BE REFLECTED
ON YOUR NEXT BILL

TOWN OF BEDFORD   DPW
314 GREAT RD.
BEDFORD, MA. 01730

KEYSPAN ENERGY DELIVERY          *15*

MAKE CHECKS PAYABLE TO ABOVE:



ACCOUNT NUMBER
43011 10039 010

PAYMENT DUE
UPON RECEIPT

| AMOUNT DUE |
|---|
| $50.62 |

43011100390100100000050621

↓ PLEASE DETACH HERE ↓

**KEYSPAN**

| SERVICE ADDRESS | ACCOUNT NUMBER | BILLING DATE |
|---|---|---|
| TOWN OF BEDFORD   DPW<br>16 SOUTH RD BLDG<br>BEDFORD MA 01730 | 43011 10039 010 | SEP 21, 2001 |
| | METER NUMBER | NEXT READ DATE |
| | 08611972 | OCT 22, 2001 |

**FOR BILL INFORMATION OR SERVICE CALL:**   1-800-732-3400

### GAS USED
Bill for 1 month, Aug 21-Sep 20
Present actual meter read, Sep 20, 2001     26895
Previous actual meter read, Aug 21, 2001   - 26852
Units of gas      43
Therm conversion factor     x1.0430
Therms used this period     45

### CHARGES FOR GAS USED
Commercial/Industrial, G-52T

**Delivery Charges:**
Customer Charge     $40.5400
Distribution Charges:
   45 therms x .22350 per therm =     10.0575
Distribution Adjustment:
   45 therms x .00040 per therm =     .0180
Total Delivery Charges     $50.6155

**Supplier Charges:**
Cost of gas to be billed by:
SELECT ENERGY, INC.

Total Charges for Gas Used     $50.62

### GAS USE HISTORY

| | | Therms |
|---|---|---|
| Sep 01 | Actual | 45 |
| Aug 01 | Actual | 9 |
| Jul 01 | Actual | 20 |
| Jun 01 | Actual | 117 |
| May 01 | Actual | 177 |

### BALANCE & PAYMENTS
Balance as of Aug 22, 2001     $87.11
Thank you for Aug 30, 2001 payment     44.70
Thank you for Sep 5, 2001 payment     42.41
Balance before adding new charges     $.00

Delivery Charges this bill period     $50.62
Total Charges this bill period     $50.62

**PLEASE PAY THIS AMOUNT**     **$50.62**

*Visit us at:*  **WWW.KEYSPANENERGY.COM**

**IMPORTANT: TO REPORT A GAS LEAK CALL:**   1-800-231-5325

SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

PLEASE KEEP THIS PORTION OF
THE BILL FOR YOUR RECORDS

**KEYSPAN**

SERVICE ADDRESS
TOWN OF BEDFORD DPW
NORMA RD 1-4P
BEDFORD MA 01730

ACCOUNT NUMBER
43011 1339    10

METER NUMBER
00155968

FOR BILL INFORMATION OR SERVICE CALL:

BILLING DATE
SEP 21, 2001

NEXT READ DATE
OCT 22, 2001

1-800-732-3400

## GAS USED
Bill for 1 month, Aug 21-Sep 20
Present actual meter read, Sep 20, 2001
Previous actual meter read, Aug 21, 2001
Units of gas
Therm conversion factor
Therms used this period

41345
-41283
62
x1.0430
65

## CHARGES FOR GAS USED
Commercial/Industrial, G-42T

**Delivery Charges:**
Customer Charge
Distribution Charges:
  65 therms x .20760 per therm =
Distribution Adjustment:
  65 therms x .00040 per therm =
Total Delivery Charges

$40.5400

13.4940

**Supplier Charges:**
Cost of gas to be billed by:
SELECT ENERGY, INC.

.0260
$54.0600

Total Charges for Gas Used

$54.06

## GAS USE HISTORY

| | | Therms | | | Therms |
|---|---|---|---|---|---|
| Sep 01 Actual | | | Feb 01 Actual | | 122 |
| Aug 01 Actual | | 65 | Jan 01 Actual | | 171 |
| Jul 01 Actual | | 85 | Dec 00 Actual | | 130 |
| Jun 01 Actual | | 1 | Nov 00 Actual | | 82 |
| May 01 Actual | | 89 | Oct 00 Actual | | 32 |
| Apr 01 Actual | | 2 | Sep 00 Actual | | 9 |
| Mar 01 Actual | | 58 | Aug 00 Actual | | 7 |
| | | 152 | | | |

## BALANCE & PAYMENTS
Balance as of Aug 22, 2001
Thank you for Sep 20, 2001 payment
Balance before adding new charges

$58.22
58.22cr
$.00

Delivery Charges this bill period
Total Charges this bill period

$54.06
$54.06

## PLEASE PAY THIS AMOUNT

**$54.06**

us at:   **WWW.KEYSPANENERGY.COM**

**IMPORTANT: TO REPORT A GAS LEAK CALL:**

REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

1-800-231-5325

PLEASE KEEP THIS PORTION OF
THE BILL FOR YOUR RECORDS



| SERVICE ADDRESS | ACCOUNT NUMBER | BILLING DATE |
|---|---|---|
| TOWN OF E    ORD DPW<br>PARKER RD<br>BEDFORD MA 01730 | 43011 1415    10 | SEP 21, 2001 |
| | METER NUMBER | NEXT READ DATE |
| | 06319072 | OCT 22, 2001 |

**FOR BILL INFORMATION OR SERVICE CALL:** 1-800-732-3400

## S USED

| | |
|---|---|
| for 1 month, Aug 21-Sep 20 | |
| sent actual meter read, Sep 20, 2001 | 08919 |
| vious actual meter read, Aug 21, 2001 | - 08914 |
| s of gas | 5 |
| rm conversion factor | x1.0430 |
| rms used this period | 5 |

## ARGES FOR GAS USED

mmercial/Industrial, G-42T

**very Charges:**

| | |
|---|---|
| tomer Charge | $40.5400 |
| ribution Charges: | |
| therms x .20760 per therm = | 1.0380 |
| ribution Adjustment: | |
| therms x .00040 per therm = | .0020 |
| al Delivery Charges | $41.5800 |

**plier Charges:**

t of gas to be billed by:
ECT ENERGY, INC.

| | |
|---|---|
| al Charges for Gas Used | $41.58 |

## GAS USE HISTORY

| | Therms | | Therms |
|---|---|---|---|
| Sep 01 Actual | 5 | Feb 01 Actual | 0 |
| Aug 01 Actual | 2 | Jan 01 Actual | 13 |
| Jul 01 Actual | 2 | Dec 00 Actual | 11 |
| Jun 01 Actual | 1 | Nov 00 Actual | 0 |
| May 01 Actual | 0 | Oct 00 Actual | 0 |
| Apr 01 Actual | 0 | Sep 00 Actual | 5 |
| Mar 01 Actual | 0 | Aug 00 Actual | 0 |

## BALANCE & PAYMENTS

| | |
|---|---|
| Balance as of Aug 22, 2001 | $40.99 |
| Thank you for Sep 20, 2001 payment | 40.99cr |
| Balance before adding new charges | $.00 |
| Delivery Charges this bill period | $41.58 |
| Total Charges this bill period | $41.58 |
| **PLEASE PAY THIS AMOUNT** | **$41.58** |

*Visit us at:* **WWW.KEYSPANENERGY.COM**

**IMPORTANT: TO REPORT A GAS LEAK CALL:** 1-800-231-5325

SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

PLEASE KEEP THIS PORTION OF
THE BILL FOR YOUR RECORDS

PLEASE INDICATE
AMOUNT PAID

PAYMENTS RECEIVED BY

OCT 17, 2001

WILL BE REFLECTED
ON YOUR NEXT BILL

TOWN OF BEDFORD
BEDFORD PUBLIC SCH
BUSINESS OFF 9 MUDGE WY
BEDFORD MA 01730-2166

0321403

## KEYSPAN ENERGY DELIVERY

MAKE CHECKS PAYABLE TO ABOVE:

*15*

**ACCOUNT NUMBER**

43011 14197 010

PAYMENT DUE
UPON RECEIPT

**AMOUNT DUE**

$23.43

43011141970100100000023439

PLEASE DETACH HERE

| **KEYSPAN** | SERVICE ADDRESS | ACCOUNT NUMBER | BILLING DATE |
|---|---|---|---|
| | TOWN OF BEDFORD
MCMAHON AV SCH
BEDFORD MA 01730 | 43011 14197 010 | SEP 21, 2001 |
| | | METER NUMBER | NEXT READ DATE |
| | | 0R346132 | OCT 22, 2001 |

**FOR BILL INFORMATION OR SERVICE CALL:   1-800-732-3400**

### GAS USED

Bill for 1 month, Aug 21-Sep 20
Present actual meter read, Sep 20, 2001          9207
Previous actual meter read, Aug 21, 2001        - 9206
Units of gas                                                              1
Therm conversion factor                                    x1.0430
Therms used this period                                              1

### CHARGES FOR GAS USED

Commercial/Industrial, G-41T

Delivery Charges:
Customer Charge                                      $23.2000
Distribution Charges:
  1 therm x .22710 per therm =                        .2271
Distribution Adjustment:
  1 therm x .00040 per therm =                         .0004
Total Delivery Charges                             $23.4275

Supplier Charges:
Cost of gas to be billed by:
SELECT ENERGY, INC.

Total Charges for Gas Used                     $23.43

### GAS USE HISTORY

| | | Therms | | | Therms |
|---|---|---|---|---|---|
| Sep 01 | Actual | 1 | Feb 01 Actual | | 3 |
| Aug 01 | Actual | 0 | Jan 01 Actual | | 5 |
| Jul 01 | Actual | 0 | Dec 00 Actual | | 4 |
| Jun 01 | Actual | 3 | Nov 00 Actual | | 4 |
| May 01 | Actual | 5 | Oct 00 Actual | | 1 |
| Apr 01 | Actual | 5 | Sep 00 Actual | | 1 |
| Mar 01 | Actual | 3 | Aug 00 Actual | | 0 |

### BALANCE & PAYMENTS

Balance as of Aug 22, 2001                        $46.40
Thank you for Aug 28, 2001 payment          23.20cr
Thank you for Sep 5, 2001 payment            23.20cr
Balance before adding new charges                $.00

Delivery Charges this bill period                  $23.43
Total Charges this bill period                        $23.43

### PLEASE PAY THIS AMOUNT                     $23.43

*TV# 2233*

*4100-54-18-2*

*$23.43*

*#67*

Visit us at:   **WWW.KEYSPANENERGY.COM**

**IMPORTANT: TO REPORT A GAS LEAK CALL:   1-800-231-5325**

SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION                    PLEASE KEEP THIS PORTION OF
THE BILL FOR YOUR RECORDS

# 2004 INVOICES



**EnergyEast Solutions**

An **Energy East** Company

| | | |
|---|---|---|
| Account Number: | **4004281** | This Amount Due Upon Receipt: **$26.88** |
| Invoice Number: 39130 | | |
| Invoice Date: **9/27/2004** | | |
| LDC Account #: 0004931816810 | | Late Charges Added After: **10/27/2004** |
| Meter Number: B9001953 | LDC Rate: 42 | Remit To:  Energy East Solutions |
| Attn:    Mrs. S. French | | PO Box 8000 |
| | | Department No 488 |
| **Bedford Public Schools** | | Buffalo, NY  14267 |
| **101 McMahon Rd Rear** | | |
| Bedford          MA          01730 | | |

**Please return this portion with payment**
*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| Account Number:   4004281 | Previous Balance: | $0.00 |
| | Payments Received: | $0.00 |
| Service Address | Other Adjustments: | $0.00 |
| Town of Bedford              H S | | |
| Town of Bedford-High School | Other Adjustment Note: | |
| 11 Mudge Way | Finance Charge: | $0.00 |
| Bedford          MA          01730 | Balance Forward: | $0.00 |

| | | | | |
|---|---|---|---|---|
| Service Period | 8/25/2004  To  9/22/2004 | | | |
| Energy Charge: | 47  th | 0.572  $ per th | $26.88 | |

| | |
|---|---|
| Sales Tax | $0.00 |
| Charges This Period | $26.88 |
| **Total DUE to EnergyEast Solutions** | **$26.88** |

**Detail Information**

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | | | $0.00 |
| | | | $0.00 |
| | | Payments Received: | $0.00 |

State GRT Included in the above calculations          $0.00

Customer Class: 188

Late charges of 1.5% per month will be added to any overdue amounts

**If you have any questions please call EnergyEast Solutions at 1-800-260-0300**

Please make all checks payable to EnergyEast Solutions

V E G 5C 37 5

# EnergyEast Solutions

An **Energy East** Company

| | | |
|---|---|---|
| Account Number: **4004281** | This Amount Due Upon Receipt: | **$0.00** |

Invoice Number: 38419
Invoice Date: 9/13/2004
LDC Account #: 0004931816810           Late Charges Added After: **10/13/2004**
Meter Number: B9001953          LDC Rate: 42

Remit To:  Energy East Solutions
Attn:  Mrs. S. French                    PO Box 8000
                                                         Department No 488
**Bedford Public Schools**                 Buffalo, NY  14267
101 McMahon Rd Rear
Bedford          MA          01730

Please return this portion with payment
*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| Account Number:    4004281 | Previous Balance: | $0.00 |
| | Payments Received: | $0.00 |
| **Service Address** | Other Adjustments: | $0.00 |
| Town of Bedford | Other Adjustment Note: | |
| Town of Bedford-High School | Finance Charge: | $0.00 |
| 11 Mudge Way | Balance Forward: | $0.00 |
| Bedford          MA          01730 | | |

| | | | | |
|---|---|---|---|---|
| Service Period | 7/26/2004  To  8/25/2004 | | | |
| Energy Charge: | 0  th | 0.572  $ per th | $0.00 | |
| Sales Tax | | | $0.00 | |
| Charges This Period | | | | $0.00 |
| **Total DUE to EnergyEast Solutions** | | | | **$0.00** |

**Detail Information**

| Payments: | Received Date | Check # | | Amount |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | Payments Received: | $0.00 |
| | | State GRT Included in the above calculations | $0.00 | |

Customer Class: 188

Late charges of 1.5% per month will be added to any overdue amounts

**If you have any questions please call EnergyEast Solutions at 1-800-260-0300**

**Please make all checks payable to EnergyEast Solutions**

# EnergyEast Solutions

An **Energy East** Company

| | |
|---|---|
| **Account Number:** 4004272 | **This Amount Due Upon Receipt:** ~~$548.55~~ |

*316.89* (handwritten)

**Invoice Number:** 39123
**Invoice Date:** 9/27/2004
**LDC Account #:** 0004932423350
**Meter Number:** 09906095    **LDC Rate:** 43

**Late Charges Added After:** 10/27/2004

Attn:    Mrs. S. French
Davis School

**Bedford Public Schools**
101 McMahon Rd Rear
Bedford         MA         01730

**Remit To:**   Energy East Solutions
PO Box 8000
Department No 488
Buffalo, NY  14267

**Please return this portion with payment**
*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| **Account Number:** 4004272 | **Previous Balance:** | $231.66 |
| | **Payments Received:** | $0.00 |
| **Service Address** | **Other Adjustments:** | $0.00 |
| Town of Bedford | **Other Adjustment Note:** | |
| Town of Bedford-Davis School | **Finance Charge:** | $0.00 |
| 414 Davis Rd. | **Balance Forward:** | $231.66 |
| Bedford         MA         01730 | | |

| Service Period | 8/25/2004  To  9/22/2004 | | | |
|---|---|---|---|---|
| Energy Charge: | 554  th | 0.572  $ per th | $316.89 | |
| | | | | |
| Sales Tax | | | $0.00 | |
| Charges This Period | | | | $316.89 |
| **Total DUE to EnergyEast Solutions** | | | | **$548.55** |

**Detail Information**

| Payments: | Received Date | Check # | Amount | |
|---|---|---|---|---|
| | | | $0.00 | |
| | | | $0.00 | |
| | | **Payments Received:** | | $0.00 |
| | | State GRT Included in the above calculations | $0.00 | |

Customer Class: 188

Late charges of 1.5% per month will be added to any overdue amounts

## If you have any questions please call EnergyEast Solutions at 1-800-260-0300

Please make all checks payable to EnergyEast Solutions

*(handwritten left margin: 548.55 (3 drv) 13070  101. 4100 52-23-4)*

*VB* (handwritten)



# EnergyEast Solutions

## An **Energy East** Company

*170.46*

| | |
|---|---|
| **Account Number:** 4004283 | **This Amount Due Upon Receipt:** ~~$579.44~~ |
| **Invoice Number:** 39131 | |
| **Invoice Date:** 9/27/2004 | **Late Charges Added After:** 10/27/2004 |
| **LDC Account #:** 0004931613960 | |
| **Meter Number:** 06398816  **LDC Rate:** 52 | **Remit To:** Energy East Solutions |

Attn:  Mrs. S. French
Lane School

**Bedford Public Schools**
101 McMahon Rd Rear
Bedford          MA          01730

Energy East Solutions
PO Box 8000
Department No 488
Buffalo, NY  14267

- - - - - - - - - - **Please return this portion with payment** - - - - - - - -
*Please write your EnergyEast Solutions Account Number on your check*

| | |
|---|---|
| **Account Number:** 4004283 | **Previous Balance:** $408.98 |
| | **Payments Received:** $0.00 |
| **Service Address** | **Other Adjustments:** $0.00 |
| Town of Bedford | *Lane* **Other Adjustment Note:** |
| Town of Bedford-Lane School | |
| 11 Mudge Way | **Finance Charge:** $0.00 |
| Bedford          MA          01730 | **Balance Forward:** $408.98 |

| Service Period | 8/26/2004  **To**  9/22/2004 | | | |
|---|---|---|---|---|
| Energy Charge: | 298  th | 0.572  $ per th | $170.46 |

| | |
|---|---|
| Sales Tax | $0.00 |
| **Charges This Period** | $170.46 |
| **Total DUE to EnergyEast Solutions** | **$579.44** |

---

**Detail Information**

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | | | $0.00 |
| | | | $0.00 |
| | | **Payments Received:** | $0.00 |
| | State GRT Included in the above calculations | | $0.00 |

**Customer Class:** 188

---

Late charges of 1.5% per month will be added to any overdue amounts

### If you have any questions please call EnergyEast Solutions at 1-800-260-0300

Please make all checks payable to EnergyEast Solutions

*V# 650 375*



## EnergyEast Solutions

An **Energy East** Company

*193.91*

| | |
|---|---|
| Account Number: **4004283** | This Amount Due Upon Receipt: **$408.98** |
| Invoice Number: 38420 | |
| Invoice Date: **9/13/2004** | Late Charges Added After: **10/13/2004** |
| LDC Account #: 0004931613960 | |
| Meter Number: 06398816   LDC Rate: 52 | Remit To:  Energy East Solutions |
| | PO Box 8000 |

Attn:   Mrs. S. French
Lane School
**Bedford Public Schools**
101 McMahon Rd Rear
Bedford          MA          01730

Remit To:  Energy East Solutions
PO Box 8000
Department No 488
Buffalo, NY  14267

- - - - - - - - - - **Please return this portion with payment** - - - - - - - - -
*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| Account Number:    4004283 | Previous Balance: | $695.55 |
| | Payments Received: | $480.48 |
| **Service Address** | Other Adjustments: | $0.00 |
| Town of Bedford | Other Adjustment Note: | |
| Town of Bedford-Lane School | Finance Charge: | $0.00 |
| 11 Mudge Way | Balance Forward: | $215.07 |
| Bedford          MA          01730 | | |

| | | | | |
|---|---|---|---|---|
| Service Period | 7/26/2004  To  8/26/2004 | | | |
| Energy Charge: | 339 th | 0.572 $ per th | $193.91 | |
| | | | | |
| Sales Tax | | $0.00 | | |
| Charges This Period | | | $193.91 | |
| **Total DUE to EnergyEast Solutions** | | | **$408.98** | |

---

### Detail Information

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | 8/30/2004 | 93544 | $480.48 |
| | | | $0.00 |
| | | Payments Received: | $480.48 |
| | State GRT Included in the above calculations | $0.00 | |

Customer Class: 188

---

Late charges of 1.5% per month will be added to any overdue amounts

**If you have any questions please call EnergyEast Solutions at 1-800-260-0300**

Please make all checks payable to EnergyEast Solutions

V# 6S037S



## EnergyEast Solutions

An **Energy East** Company

*102-39*

| | |
|---|---|
| Account Number: **4004272** | This Amount Due Upon Receipt: **$231.66** |
| Invoice Number: 38412 | |
| Invoice Date: 9/13/2004 | |
| LDC Account #: 0004932423350 | Late Charges Added After: **10/13/2004** |
| Meter Number: 09906095    LDC Rate: 43 | Remit To: Energy East Solutions |
| | PO Box 8000 |
| Attn: Mrs. S. French | Department No 488 |
| Davis School | Buffalo, NY 14267 |
| **Bedford Public Schools** | |
| 101 McMahon Rd Rear | |
| Bedford            MA       01730 | |

— — — — — — Please return this portion with payment — — — — —
*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| Account Number:   4004272 | Previous Balance: | $1,753.18 |
| | Payments Received: | $1,623.91 |
| **Service Address** | Other Adjustments: | $0.00 |
| Town of Bedford | Other Adjustment Note: | |
| Town of Bedford-Davis School | Finance Charge: | $0.00 |
| 414 Davis Rd. | Balance Forward: | $129.27 |
| Bedford            MA       01730 | | |

| Service Period | 7/26/2004  To  8/25/2004 | | | |
|---|---|---|---|---|
| Energy Charge: | 179  th | 0.572  $ per th | $102.39 |

| | | |
|---|---|---|
| Sales Tax | $0.00 | |
| Charges This Period | | $102.39 |
| **Total DUE to EnergyEast Solutions** | | **$231.66** |

### Detail Information

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | 8/30/2004 | 93544 | $1,623.91 |
| | | | $0.00 |
| | | Payments Received: | $1,623.91 |
| | State GRT Included in the above calculations | $0.00 | |

Customer Class: 188

Late charges of 1.5% per month will be added to any overdue amounts

**If you have any questions please call EnergyEast Solutions at 1-800-260-0300**

Please make all checks payable to EnergyEast Solutions

V# 65836



**EnergyEast Solutions**

An **Energy East** Company

| | |
|---|---|
| Account Number: **4004285** | **This Amount Due Upon Receipt:** ‖ $170.46 ‖ |
| Invoice Number: 39133 | |
| Invoice Date: 9/27/2004 | **Late Charges Added After:** **10/27/2004** |
| LDC Account #: 0004931820110 | |
| Meter Number: 05523688    LDC Rate: 43 | Remit To:  Energy East Solutions |
| Attn:   Janice Birch | PO Box 8000 |
| | Department No 488 |
| **Town of Bedford-Police Dept** | Buffalo, NY  14267 |
| **101 McMahon Rd** | |
| **Bedford**       **MA**      **01730** | |

- - - - - - - - - - - - **Please return this portion with payment** - - - - - - - - - - - -

*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| Account Number:   4004285 | Previous Balance: | $62.35 |
| | Payments Received: | $0.00 |
| **Service Address** | Other Adjustments: | $0.00 |
| Town of Bedford | Other Adjustment Note: | |
| Town of Bedford-Police Dept | | |
| 11 Mudge Way | Finance Charge: | $0.00 |
| Bedford       MA      01730 | Balance Forward: | $62.35 |

| Service Period | 8/26/2004  To  9/22/2004 | | | |
|---|---|---|---|---|
| Energy Charge: | 189 th | 0.572 $ per th | $108.11 |

| | | | |
|---|---|---|---|
| Sales Tax | *√ # 65D305* | $0.00 | |
| Charges This Period | | | ($108.11) |
| **Total DUE to EnergyEast Solutions** | | | **$170.46** |

**Detail Information**

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | | | $0.00 |
| | | | $0.00 |
| | | Payments Received: | $0.00 |
| | State GRT Included in the above calculations | $0.00 | |

Customer Class: 187

Late charges of 1.5% per month will be added to any overdue amounts

**If you have any questions please call EnergyEast Solutions at 1-800-260-0300**

**Please make all checks payable to EnergyEast Solutions**



## EnergyEast Solutions

An **Energy East** Company

| | | |
|---|---|---|
| Account Number: | 4004285 | |

**This Amount Due Upon Receipt:**   $62.35

Invoice Number: 38422
Invoice Date:    9/13/2004
LDC Account #: 0004931820110

**Late Charges Added After:**   10/13/2004

Meter Number: 05523688    LDC Rate: 43

**Remit To:** Energy East Solutions
PO Box 8000
Department No 488
Buffalo, NY 14267

Attn:    Janice Birch

**Town of Bedford-Police Dept**
101 McMahon Rd
Bedford          MA          01730

**Please return this portion with payment**
*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| Account Number:   4004285 | Previous Balance: | $291.15 |
| | Payments Received: | $253.97 |
| **Service Address** | Other Adjustments: | $0.00 |
| Town of Bedford | Other Adjustment Note: | |
| Town of Bedford-Police Dept | Finance Charge: | $0.00 |
| 11 Mudge Way | Balance Forward: | $37.18 |
| Bedford          MA          01730 | | |

| Service Period | 7/26/2004  To  8/26/2004 | | | |
|---|---|---|---|---|
| Energy Charge: | 44 th | 0.572 $ per th | $25.17 |

| | | |
|---|---|---|
| Sales Tax | | $0.00 |
| Charges This Period | ν 650 305 | $25.17 |
| **Total DUE to EnergyEast Solutions** | | **$62.35** |

### Detail Information

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | 8/16/2004 | 093057 | $151.01 |
| | 8/16/2004 | 93057 | $102.96 |

| | | |
|---|---|---|
| | Payments Received: | $253.97 |
| State GRT Included in the above calculations | $0.00 | |

Customer Class: 187

Late charges of 1.5% per month will be added to any overdue amounts

**If you have any questions please call EnergyEast Solutions at 1-800-260-0300**

Please make all checks payable to EnergyEast Solutions



## EnergyEast Solutions

An **Energy East** Company

Account Number: | **4004279** | | This Amount Due Upon Receipt: | **$235.09**
Invoice Number: 38417
Invoice Date:    9/13/2004
LDC Account #: 0004931820440 | | Late Charges Added After: | **10/13/2004**
Meter Number: 09713657    LDC Rate: 43 | Remit To: | Energy East Solutions
Attn:    Janice Birch | | PO Box 8000
| | Department No 488
**Town of Bedford-Fire Dept** | | Buffalo, NY 14267
**101 McMahon Rd**
Bedford    MA    01730

---

**Please return this portion with payment**
*Please write your EnergyEast Solutions Account Number on your check*

| Account Number:    4004279 | Previous Balance: | $784.21 |
|---|---|---|
| **Service Address** | Payments Received: | $598.88 |
| Town of Bedford | Other Adjustments: | $0.00 |
| Town of Bedford-Fire Dept | Other Adjustment Note: | |
| 11 Mudge Way | Finance Charge: | $0.00 |
| Bedford    MA    01730 | Balance Forward: | $185.33 |

| Service Period | 7/26/2004 To 8/26/2004 | | | |
|---|---|---|---|---|
| Energy Charge: | | 87 th | 0.572 $ per th | $49.76 |

| Sales Tax | | $0.00 |
|---|---|---|
| Charges This Period | | $49.76 |
| **Total DUE to EnergyEast Solutions** | | **$235.09** |

---

### Detail Information

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | 8/16/2004 | 093057 | $310.02 |
| | 8/16/2004 | 93057 | $288.86 |
| | | Payments Received: | $598.88 |
| | State GRT Included in the above calculations | | $0.00 |

Customer Class: 187

---

Late charges of 1.5% per month will be added to any overdue amounts

## If you have any questions please call EnergyEast Solutions at 1-800-260-0300

**Please make all checks payable to EnergyEast Solutions**



0650395

**EnergyEast Solutions**

An **Energy East** Company

| | |
|---|---|
| Account Number: **4004279** | This Amount Due Upon Receipt: **$388.96** |
| Invoice Number: 39128 | |
| Invoice Date:  9/27/2004 | |
| LDC Account #: 0004931820440 | Late Charges Added After: **10/27/2004** |
| Meter Number:  09713657        LDC Rate: 43 | |
| Attn:   Janice Birch | Remit To:  Energy East Solutions |
| | PO Box 8000 |
| **Town of Bedford-Fire Dept** | Department No 488 |
| 101 McMahon Rd | Buffalo, NY  14267 |
| Bedford          MA       01730 | |

- - - - - - - - **Please return this portion with payment** - - - - - - - -
*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| Account Number:   4004279 | Previous Balance: | $235.09 |
| | Payments Received: | $0.00 |
| **Service Address** | Other Adjustments: | $0.00 |
| Town of Bedford | Other Adjustment Note: | |
| Town of Bedford-Fire Dept | | |
| 11 Mudge Way | Finance Charge: | $0.00 |
| Bedford          MA       01730 | Balance Forward: | $235.09 |

| Service Period | 8/26/2004  To  9/22/2004 | | |
|---|---|---|---|
| Energy Charge: | 269  th | 0.572  $ per th | $153.87 |

*559.72 (hand)*
*13067*
*021-3500-5211*

| Sales Tax | $0.00 |
|---|---|
| **Charges This Period** | $153.87 |
| **Total DUE to EnergyEast Solutions** | **$388.96** |

**Detail Information**

| Payments: | Received Date | Check # | | Amount |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | Payments Received: | $0.00 |
| | State GRT Included in the above calculations | | $0.00 | |

Customer Class: 187

Late charges of 1.5% per month will be added to any overdue amounts

**If you have any questions please call EnergyEast Solutions at 1-800-260-0300**

Please make all checks payable to EnergyEast Solutions

# EnergyEast Solutions

An **Energy East** Company

| | |
|---|---|
| **Account Number:** 4004284 | **This Amount Due Upon Receipt:** $9.72 |
| **Invoice Number:** 38421 | |
| **Invoice Date:** 9/13/2004 | **Late Charges Added After:** 10/13/2004 |
| **LDC Account #:** 0004931820260 | |
| **Meter Number:** 05473595    **LDC Rate:** 42 | **Remit To:** Energy East Solutions |
| **Attn:** Richard Reed | PO Box 8000 |
| | Department No 488 |
| **Town of Bedford-Library** | Buffalo, NY 14267 |
| 7 Mudge Way | |
| Bedford        MA        01730 | |

**Please return this portion with payment**

*Please write your EnergyEast Solutions Account Number on your check*

| | | | |
|---|---|---|---|
| **Account Number:** 4004284 | **Previous Balance:** | $141.86 | |
| | **Payments Received:** | $141.86 | |
| **Service Address** | **Other Adjustments:** | $0.00 | |
| Town of Bedford | **Other Adjustment Note:** | | |
| Town of Bedford-Library | **Finance Charge:** | | $0.00 |
| 11 Mudge Way | **Balance Forward:** | | $0.00 |
| Bedford        MA        01730 | | | |

| | | | |
|---|---|---|---|
| **Service Period** 7/26/2004 To 8/26/2004 | | | |
| Energy Charge: | 17 th    0.572 $ per th | $9.72 | |
| | VENDOR NO: _13070_ | | |
| | AMOUNT: _$ 9.72_ | | |
| | INVOICE DATE: _9-13-04_ | | |
| | INVOICE NO: _38421_ | | |
| Sales Tax | P.O. DATE: _____ P.O. NO: _____ | $0.00 | |
| Charges This Period | ACCOUNT NO: 001-6100 · 5212. — · — | $9.72 | |
| **Total DUE to EnergyEast Solutions** | | **$9.72** | |

**Detail Information**

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | 9/7/2004 | 93738 | $141.86 |
| | | | $0.00 |
| | | **Payments Received:** | $141.86 |
| | State GRT Included in the above calculations | | $0.00 |

**Customer Class:**

Late charges of 1.5% per month will be added to any overdue amounts

## If you have any questions please call EnergyEast Solutions at 1-800-260-0300

Please make all checks payable to EnergyEast Solutions



## EnergyEast Solutions

An **Energy East** Company

| | |
|---|---|
| Account Number: **4004288** | This Amount Due Upon Receipt: **($57.78)** |
| Invoice Number: 39136 | |
| Invoice Date: **9/27/2004** | Late Charges Added After: **10/27/2004** |
| LDC Account #: 0004931816570 | |
| Meter Number: 09713920    LDC Rate: 42 | Remit To: **Energy East Solutions** |
| Attn: Janice Birch | PO Box 8000 |
| | Department No 488 |
| **Town of Bedford-Town Hall** | Buffalo, NY 14267 |
| 101 McMahon Rd | |
| Bedford    MA    01730 | |

**Please return this portion with payment**
*Please write your EnergyEast Solutions Account Number on your check*

| | |
|---|---|
| Account Number:  4004288 | Previous Balance: ($181.33) |
| **Service Address** | Payments Received: $0.00 |
| Town of Bedford | Other Adjustments: $0.00 |
| Town of Bedford-Town Hall | Other Adjustment Note: |
| 11 Mudge Way | Finance Charge: $0.00 |
| Bedford    MA    01730 | Balance Forward: ($181.33) |

| | | | |
|---|---|---|---|
| Service Period | 8/26/2004  To  9/22/2004 | | |
| Energy Charge: | 216  th | 0.572  $ per th | $123.55 |
| Sales Tax | | $0.00 | |
| **Charges This Period** | | | $123.55 |
| **Total DUE to EnergyEast Solutions** | | | **($57.78)** |

**Detail Information**

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | | | $0.00 |
| | | | $0.00 |
| | | Payments Received: | $0.00 |
| | State GRT Included in the above calculations | $0.00 | |

Customer Class: 187

Late charges of 1.5% per month will be added to any overdue amounts

**If you have any questions please call EnergyEast Solutions at 1-800-260-0300**

Please make all checks payable to EnergyEast Solutions



**EnergyEast Solutions**

An **Energy East** Company

| | |
|---|---|
| Account Number: **4004288** | This Amount Due Upon Receipt: **($181.33)** |
| Invoice Number: 38425 | |
| Invoice Date:    9/13/2004 | |
| LDC Account #: 0004931816570 | Late Charges Added After: **10/13/2004** |
| Meter Number:   09713920    LDC Rate: 42 | Remit To:  Energy East Solutions |
| Attn:    Janice Birch | PO Box 8000 |
| | Department No 488 |
| **Town of Bedford-Town Hall** | Buffalo, NY  14267 |
| 101 McMahon Rd | |
| Bedford            MA        01730 | |

‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ **Please return this portion with payment** ‑ ‑ ‑ ‑ ‑ ‑

*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| Account Number:   4004288 | Previous Balance: | $169.30 |
| | Payments Received: | $379.80 |
| **Service Address** | Other Adjustments: | $0.00 |
| Town of Bedford | Other Adjustment Note: | |
| Town of Bedford-Town Hall | | |
| 11 Mudge Way | Finance Charge: | $0.00 |
| Bedford          MA       01730 | Balance Forward: | ($210.50) |

| | | | | |
|---|---|---|---|---|
| Service Period | 7/26/2004  To  8/26/2004 | | | |
| Energy Charge: | 51  th | 0.572  $ per th | $29.17 | |

| | | |
|---|---|---|
| Sales Tax | $0.00 | |
| **Charges This Period** | | $29.17 |
| **Total DUE to EnergyEast Solutions** | | **($181.33)** |

**Detail Information**

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | 8/16/2004 | 93057 | ($40.62) |
| | 8/16/2004 | 093057 | $420.42 |
| | | Payments Received: | $379.80 |
| | State GRT Included in the above calculations | $0.00 | |

Customer Class: 187

Late charges of 1.5% per month will be added to any overdue amounts

**If you have any questions please call EnergyEast Solutions at 1-800-260-0300**

Please make all checks payable to EnergyEast Solutions

0151435

| | |
|---|---|
| Account Number: 4004286 | Previous Balance: $24.02 |
| | Payments Received: $24.02 |
| Service Address | Other Adjustments: $0.00 |
| Town of Bedford | Other Adjustment Note: |
| Town of Bedford-Town Center 1 | |
| 12 Mudge Way | Finance Charge: $0.00 |
| Bedford     MA     01730 | Balance Forward: $0.00 |

RECEIVED
SEP 2 0 2004
FINANCE DEPARTMENT

| | | | |
|---|---|---|---|
| Service Period | 7/26/2004  To  8/25/2004 | | |
| Energy Charge: | 17 th | 0.572 $ per th | $9.72 |

*V.C. 13067*
*Amt. 9.72*
*Date 9/13/04*
*# 38423*

| | | |
|---|---|---|
| Sales Tax | | $0.00 |
| Charges This Period | | $9.72 |
| Total DUE to EnergyEast Solutions | | $9.72 |

*Acct. 001-2360-5211-6008*

Detail Information

*OK. Richard P. Reed*

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | 8/30/2004 | 93619 | $24.02 |
| | | | $0.00 |
| | | Payments Received: | $24.02 |
| | State GRT Included in the above calculations | | $0.00 |

Customer Class: 186

Late charges of 1.5% per month will be added to any overdue amounts

## If you have any questions please call EnergyEast Solutions at 1-800-260-0300

### Please make all checks payable to EnergyEast Solutions

0151436

| | | | |
|---|---|---|---|
| Account Number: | 4004287 | Previous Balance: | $7.44 |
| | | Payments Received: | $7.44 |
| Service Address | | Other Adjustments: | $0.00 |
| Town of Bedford | | Other Adjustment Note: | |
| Town of Bedford-Town Center 2 | | Finance Charge: | $0.00 |
| 12 Mudge Way | | | |
| Bedford        MA        01730 | | Balance Forward: | $0.00 |

**RECEIVED**
**SEP 2 0 2004**
**FINANCE DEPARTMENT**

| | | | | |
|---|---|---|---|---|
| Service Period | 7/26/2004 To 8/26/2004 | | | |
| Energy Charge: | | 17 th | 0.572 $ per th | $9.72 |

*V. C.   13067*
*Amt.   9.72*
*Date   9/13/04*
*#   38424*
*Acct.   001-2060-5211-000*

| | | | |
|---|---|---|---|
| Sales Tax | | | $0.00 |
| Charges This Period | | | $9.72 |
| Total DUE to EnergyEast Solutions | | | $9.72 |

Detail Information

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | 8/30/2004 | 93619 | $7.44 |
| | | | $0.00 |
| | | Payments Received: | $7.44 |
| | | State GRT Included in the above calculations | $0.00 |

Customer Class: 186

Late charges of 1.5% per month will be added to any overdue amounts

**If you have any questions please call EnergyEast Solutions at 1-800-260-0300**

Please make all checks payable to EnergyEast Solutions

# EnergyEast Solutions

An **Energy East** Company

| | |
|---|---|
| Account Number: **4004276** | This Amount Due Upon Receipt: **$33.76** |
| Invoice Number: 38414 | |
| Invoice Date: 9/13/2004 | Late Charges Added After: **10/13/2004** |
| LDC Account #: 0004932416870 | |
| Meter Number: 08864711     LDC Rate: 51 | Remit To: Energy East Solutions |
| Attn: Dept of Public Works | PO Box 8000 |
| | Department No 488 |
| **Town of Bedford-DPW4** | Buffalo, NY 14267 |
| 314 Great Rd | |
| Bedford     MA     01730 | |

**Please return this portion with payment**
*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| Account Number:  4004276 | Previous Balance: | $30.90 |
| | Payments Received: | $0.00 |
| **Service Address** | Other Adjustments: | $0.00 |
| Town of Bedford | Other Adjustment Note: | |
| Town of Bedford-DPW4 | | |
| 11 Mudge Way | Finance Charge: | $0.00 |
| Bedford     MA     01730 | Balance Forward: | $30.90 |

| | | | | | |
|---|---|---|---|---|---|
| Service Period | 7/26/2004  To   8/26/2004 | | | | |
| Energy Charge: | | 5 th | 0.572 $ per th | $2.86 | |
| | VENDOR NO: | | | | |
| | AMOUNT: _33.76_ | | | | |
| | INVOICE DATE: _9-13-04_ | | | | |
| Sales Tax | INVOICE NO: _38414_ | | $0.00 | | |
| Charges This Period | P.O. DATE _____  P.O. NO. _____ | | | $2.86 | |
| Total DUE to Energy East Solutions | ACCOUNT NO: 001-400 | | | $33.76 | |

**Detail Information**

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | | | $0.00 |
| | | | $0.00 |
| | | Payments Received: | $0.00 |
| | State GRT included in the above calculations | $0.00 | |

Customer Class: 185

Late charges of 1.5% per month will be added to any overdue amounts

### If you have any questions please call EnergyEast Solutions at 1-800-260-0300

**Please make all checks payable to EnergyEast Solutions**

# EnergyEast Solutions

An **Energy East** Company

| | |
|---|---|
| Account Number: **4004277** | This Amount Due Upon Receipt: **$26.32** |
| Invoice Number: 38415 | |
| Invoice Date: 9/13/2004 | Late Charges Added After: **10/13/2004** |
| LDC Account #: 0004932213150 | |
| Meter Number: 06319072    LDC Rate: 42 | Remit To:  Energy East Solutions |
| Attn:  Dept of Public Works | PO Box 8000 |
| | Department No 488 |
| **Town of Bedford-DPW5** | Buffalo, NY  14267 |
| 314 Great Rd | |
| Bedford        MA       01730 | |

**Please return this portion with payment**

*Please write your EnergyEast Solutions Account Number on your check*

| | | |
|---|---|---|
| Account Number:  4004277 | Previous Balance: | $23.46 |
| | Payments Received: | $0.00 |
| **Service Address** | Other Adjustments: | $0.00 |
| Town of Bedford | Other Adjustment Note: | |
| Town of Bedford-DPW5 | Finance Charge: | $0.00 |
| 10 Mudge Way | Balance Forward: | $23.46 |
| Bedford        MA       01730 | | |

| Service Period | 7/26/2004  To  8/25/2004 | | | |
|---|---|---|---|---|
| Energy Charge: | | 5 th | 0.572 $ per th | $2.86 |

| | |
|---|---|
| Sales Tax | $0.00 |
| Charges This Period | $2.86 |
| **Total DUE to EnergyEast Solutions** | **$26.32** |

## Detail Information

| Payments: | Received Date | Check # | Amount |
|---|---|---|---|
| | | | $0.00 |
| | | | $0.00 |
| | | Payments Received: | $0.00 |
| | State GRT Included in the above calculations | | $0.00 |

Customer Class: 185

Late charges of 1.6% per month will be added to any overdue amounts

## If you have any questions please call EnergyEast Solutions at 1-800-260-0300

Please make all checks payable to EnergyEast Solutions

**KEYSPAN**
Energy Delivery

2004232

0154932010550500126199

\*\*AUTO                    \*\*C 015

TOWN OF BEDFORD FACI DEPT
16 SOUTH RD UNIT 1
BEDFORD,MA                    01730-2210

**Please Pay
Upon Receipt**

49320-10550                    126.19

└ Account Number ┘

KeySpan address on the back must show in return envelope window

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery.
Write your account number on check.       Detach Here ▼

| Service To | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| TOWN OF BEDFORD FACI DEPT<br>16 SOUTH RD UNIT 1<br>BEDFORD,MA<br>01730 | 49320-10550 | Aug 23 '04 | Aug 18 '04 |
| | Rate   G-42<br>Commercial Hea | **For Customer Assistance**<br>**Please call (800) 231-5325** | |

### CURRENT BILL ITEMIZED

**In 80 days you used 0 therms:**

| | |
|---|---|
| Aug 16 2004 reading ACTUAL | 00009 |
| May 28 2004 reading UNLOCK | 00009 |
| CCF Used for METER# 000205926 | 0 |
| Thermal Factor | x1.0458 |
| Total therms used | 0 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge<br>$1.5022 per day for 80 days | $120.18 |
| Distribution Adjustment:<br>0 therms x 0.02470 per therm | .00 |
| **GAS DELIVERY CHARGE** | **$120.18** |
| GAS SUPPLY CHARGE<br>@ $.91410 /therm | .00 |
| 5.0000 % Sales Tax | 6.01 |
| **TOTAL CURRENT CHARGES** | **$126.19** |

### SUMMARY OF CHARGES

**KeySpan Energy Delivery:**

| | |
|---|---|
| Total Current Charges | $126.19 |
| Amount Due Last Bill | 98.97 |
| Gas Charges from 05/28/2004<br>to 07/26/2004 CANCELLED | -98.97 |
| **Please Pay Upon Receipt** | **$126.19** |

If payment received after 09/12/2004
a late payment charge of $1.16
(0.92% of outstanding charges) may be added.

### IMPORTANT MESSAGES

**Your unique online Access Code is: F15D62C**
We're online, anytime! View and pay your bill, check your balance, submit
meter readings. The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."

Based on a review of your account, a prior bill(s) has been cancelled.
Please see details in the Summary of Charges section. The corrected
charges are detailed in the Current Bill Itemized section.

Get free energy saving tips without ever leaving your office.
Log on to www.freeenergyanalysis.com\keyspanbusiness today!

V# 650306

**KEYSPAN**
Energy Delivery

**Page 1 of 1**

TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE NUMBER ABOVE

www.keyspanenergy.com          SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

# KEYSPAN
Energy Delivery

2004240

0154932010550500191078

\*\*AUTO                    \*\*C 015

**TOWN OF BEDFORD FACI DEPT**
**16 SOUTH RD UNIT 1**
**BEDFORD,MA**                01730-2210

IllmmllIllllmullllmmllldlllmlllllmulllllllll

**Please Pay Upon Receipt**

49320-10550                              191.07    H

☐ Account Number ☐

KeySpan address on the back must show in return envelope window

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery.    Detach Her
Write your account number on check.

▼

| Service To | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| **TOWN OF BEDFORD FACI DEPT** **16 SOUTH RD UNIT 1** **BEDFORD,MA** **01730** | 49320-10550 | Sep 22 '04 | Aug 26 '04 |
| | Rate    **G-42** **Commercial Hea** | **For Customer Assistance** **Please call  (800) 231-5325** | |

## CURRENT BILL ITEMIZED

**In 10 days you used 39 therms:**

| | |
|---|---|
| Aug 26 2004 reading ACTUAL | 00046 |
| Aug 16 2004 reading ACTUAL | 00009 |
| CCF Used for METER# 000205926 | 37 |
| Thermal Factor | x1.0492 |
| Total therms used | 39 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge $1.5030 per day for 10 days | $15.03 |
| First 39.0 therms @ $.2069 | 8.07 |
| Distribution Adjustment: 39 therms x 0.02470 per therm | .96 |
| **GAS DELIVERY CHARGE** | **$24.06** |
| GAS SUPPLY CHARGE @ $.96750 /therm | 37.73 |
| 5.0000 % Sales Tax | 3.09 |
| **TOTAL CURRENT CHARGES** | **$64.88** |

## SUMMARY OF CHARGES

**KeySpan Energy Delivery:**

| | |
|---|---|
| Total Current Charges | $64.88 |
| Amount Due Last Bill | 126.19 |
| **Please Pay Upon Receipt** | **$191.07** |

If payment received after 09/20/2004
a late payment charge of $1.76
(0.92% of outstanding charges) may be added

**GAS USE HISTORY**

| | Days | Therms | | Days | Therms |
|---|---|---|---|---|---|
| Aug 04 | 10 Act | 39 | Aug 04 | 80 Act | 0 |

## IMPORTANT MESSAGES

**Your unique online Access Code is: F15D62C**
We're online, anytime!  View and pay your bill, check your balance, submit
meter readings.  The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."

i #  650306


TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE  NUMBER ABOVE

www.keyspanenergy.com          SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

**KEYSPAN**
Energy Delivery

2004240

0154931816570000021339

```
**AUTO                        **C 009
TOWN OF BEDFORD--DPW
JANICE BIRCH
11 MUDGE WAY
BEDFORD, MA.                01730-2127
```

**Please Pay
Upon Receipt**

49318-16570                                21.33   H

⌐ Account Number ⌐

KeySpan address on the back must show in return envelope window

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery.   Detach Her-
Write your account number on check.                         ▼

| Service To | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| TOWN OF BEDFORD--DPW **BLDG** 10 MUDGE WAY BEDFORD,MA 01730 | 49318-16570 | Sep 22 '04 | Aug 26 '04 |

| Rate **G-42T** Commercial Hea | For Customer Assistance Please call (800) 231-5325 |
|---|---|

## CURRENT BILL ITEMIZED

**In 31 days you used 51 therms:**

| | |
|---|---|
| Aug 26 2004 reading ACTUAL | 91091 |
| Jul 26 2004 reading ACTUAL | 91042 |
| CCF Used for METER# 009713920 | 49 |
| | |
| Thermal Factor | x1.0477 |
| Total therms used | 51 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge $1.5025 per day for 31 days | $46.58 |
| First 51.0 therms @ $.2069 | 10.55 |
| Distribution Adjustment: 51 therms x 0.02470 per therm | 1.26 |
| GAS DELIVERY CHARGE | $58.39 |
| **TOTAL CURRENT CHARGES** | **$58.39** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $58.39 |
| Amount Due Last Bill | 190.92 |
| Your Total Payments Since Last Bill. Thank You! | -227.98 |
| **Please Pay Upon Receipt** | **$21.33** |

If payment received after 10/20/2004
a late payment charge of $.20
(0.92% of outstanding charges) may be added.

**GAS USE HISTORY**

| | Days | Therms | | Days | Therms |
|---|---|---|---|---|---|
| Aug 04 | 31 Act | 51 | Nov 03 | 29 Act | 1186 |
| Jul 04 | 63 Act | 367 | Oct 03 | 30 Est | 1035 |
| May 04 | 61 Act | 1722 | Sep 03 | 32 Est | 219 |
| Mar 04 | 27 Act | 1767 | Aug 03 | 31 Est | 85 |
| Feb 04 | 31 Est | 2693 | Jul 03 | 33 Est | 192 |
| Jan 04 | 28 Act | 3162 | Jun 03 | 30 Est | 671 |
| Dec 03 | 37 Est | 2576 | May 03 | 60 Act | 2013 |

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

**Your unique online Access Code is: B6BE58C**
We're online, anytime!  View and pay your bill, check your balance, submit
meter readings.  The code above provides free, instant access.  Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."



**KEYSPAN**
Energy Delivery

TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE  NUMBER ABOVE

www.keyspanenergy.com          SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

# KEYSPAN
## Energy Delivery

2004240

015493182011050014138？

```
**AUTO
BEDFORD POLICE STATION          **C 009
JANICE BIRCH
11 MUDGE WAY
BEDFORD, MA                     01730-2127
```

Illcccllcccdcldlccccdcdccdcldlcdcccdcccllcldcldc

**Please Pay
Upon Receipt**

49318-20110                                     141.38  H

└─ Account Number ─┘

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery.
KeySpan address on the back must show in return envelope window     Write your account number on check.    Detach Her ▼

| Service To | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| **BEDFORD POLICE STATION**<br>· 0 MUDGE WAY<br>**BEDFORD,MA**<br>01730 | **49318-20110** | **Sep 22 '04** | **Aug 26 '04** |
| | Rate  **G-43T**<br>**Commercial Hea** | **For Customer Assistance**<br>**Please call (800) 231-5325** | |

## CURRENT BILL ITEMIZED

### In 31 days you used 44 therms:

| | |
|---|---|
| Aug 26 2004 reading ACTUAL | 43341 |
| Jul 26 2004 reading ACTUAL | 43300 |
| Difference for Meter # 005523688 | 41 |
| Fixed Factor Multiplier | x1.0270 |
| | 42 |
| Thermal Factor | x1.0477 |
| Total therms used | 44 |

### Your Cost is determined as follows:

| | |
|---|---|
| Minimum Charge<br>$4.2358 per day for 31 days | $131.31 |
| First 44.0 therms @ $.1657 | 7.29 |
| Distribution Adjustment:<br>44 therms x 0.02470 per therm | 1.09 |
| GAS DELIVERY CHARGE | $139.69 |
| **TOTAL CURRENT CHARGES** | **$139.69** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $139.69 |
| Amount Due Last Bill | 499.28 |
| Your Total Payments Since<br>Last Bill. Thank You! | -497.59 |
| **Please Pay Upon Receipt** | **$141.38** |

If payment received after 10/20/2004
a late payment charge of $1.30
(0.92% of outstanding charges) may be added.

### GAS USE HISTORY

| | Days | Therms | | | Days | Therms |
|---|---|---|---|---|---|---|
| Aug 04 | 31 Act | 44 | Jan 04 | | 31 Act | 2709 |
| Jul 04 | 33 Act | 65 | Dec 03 | | 34 Act | 1680 |
| Jun 04 | 30 Act | 180 | Nov 03 | | 28 Act | 873 |
| May 04 | 31 Act | 264 | Oct 03 | | 31 Act | 876 |
| Apr 04 | 30 Act | 786 | Sep 03 | | 30 Act | 389 |
| Mar 04 | 29 Act | 1450 | Aug 03 | | 33 Act | 199 |
| Feb 04 | 29 Act | 2081 | Jul 03 | | 33 Act | 236 |

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

**Your unique online Access Code is: 45D458C**
We're online, anytime!  View and pay your bill, check your balance, submit
meter readings.  The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."

#650306

**Page   1 of   1**

# KEYSPAN
Energy Delivery

**TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE  NUMBER ABOVE**

www.keyspanenergy.com          SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

# KEYSPAN
## Energy Delivery

2004240

015493182044010015008 4

**AUTO                    **C 009
BEDFORD FIRE DEPT
JANICE BIRCH
11 MUDGE WAY
BEDFORD MA                01730-2127

**Please Pay
Upon Receipt**

**49318-20440**                        **150.08  H**

└─ Account Number ─┘

KeySpan address on the back must show in return envelope window

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery.   Detach Her
Write your account number on check.                   ▼

| Service To | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| **BEDFORD FIRE DEPT**<br>**55 GREAT RD**<br>**BEDFORD,MA**<br>**01730** | **49318-20440** | **Sep 22 '04** | **Aug 26 '04** |
| | Rate  **G-43T**<br>**Commercial Hea** | **For Customer Assistance**<br>**Please call (800) 231-5325** | |

## CURRENT BILL ITEMIZED

**In 31 days you used 87 therms:**

| | |
|---|---|
| Aug 26 2004 reading ACTUAL | 03094 |
| Jul 26 2004 reading ACTUAL | 03014 |
| Difference for Meter # 000306600 | 80 |
| Fixed Factor Multiplier | x1.0319 |
| | 83 |
| Thermal Factor | x1.0477 |
| Total therms used | 87 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge | $131.31 |
| $4.2358 per day for 31 days | |
| First 87.0 therms @ $.1657 | 14.42 |
| Distribution Adjustment: | |
| 87 therms x 0.02470 per therm | 2.15 |
| **GAS DELIVERY CHARGE** | **$147.88** |
| **TOTAL CURRENT CHARGES** | **$147.88** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $147.88 |
| Amount Due Last Bill | 666.11 |
| Your Total Payments Since | |
| Last Bill. Thank You! | -663.91 |
| **Please Pay Upon Receipt** | **$150.08** |

If payment received after 10/20/2004
a late payment charge of $1.38
(0.92% of outstanding charges) may be added.

### GAS USE HISTORY

| | Days | Therms | | Days | Therms |
|---|---|---|---|---|---|
| Aug 04 | 31 Act | 87 | Feb 04 | 29 Act | 1596 |
| Jul 04 | 33 Act | 324 | Jan 04 | 31 Act | 1943 |
| Jun 04 | 30 Act | 505 | Dec 03 | 34 Act | 1581 |
| May 04 | 31 Act | 542 | Nov 03 | 28 Act | 950 |
| Apr 04 | 32 Act | 1345 | Oct 03 | 31 Act | 713 |
| Mar 04 | 13 Est | 510 | Sep 03 | 30 Act | 352 |
| Mar 04 | 14 Act | 536 | Aug 03 | 33 Act | 282 |

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

**Your unique online Access Code is: 525258C**
We're online, anytime!  View and pay your bill, check your balance, submit
meter readings.  The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."

√# 650306

**Page   1 of  1**

# KEYSPAN
Energy Delivery

TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE  NUMBER ABOVE

# KEYSPAN
## Energy Delivery

2004240

0154931613960800513739

```
**AUTO                          **C 009
JOB LANE SCHOOL
BEDFORD PUBLIC SCH
97 MCMAHON RD
BEDFORD         MA    01730-2109
```

COPY

**Please Pay Upon Receipt**

49316-13960

*116.99*  ~~513.73~~  H

⌐ Account Number ¬

KeySpan address on the back must show in return envelope window

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery.
Write your account number on check.

**Detach He**

| Service To | | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|---|
| BED | JOB LANE SCHOOL | 49316-13960 | Sep 22 '04 | Aug 26 '04 |
| 0 GF | 66 SWEETWATER AVE    SCH | | | |
| BED | BEDFORD,MA | Rate **G-52T** | For Customer Assistance | |
| 0173 | 01730 | Comm'l Non-Hea | Please call (800) 231-5325 | |

---

## CURRENT BILL ITEMIZED

**In 31 days you used 339 therms:**

| | |
|---|---|
| Aug 26 2004 reading ACTUAL | 78894 |
| Jul 26 2004 reading ACTUAL | 78570 |
| CCF Used for METER# 006398816 | 324 |
| Thermal Factor | x1.0477 |
| Total therms used | 339 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge | $46.58 |
| $1.5025 per day for 31 days | |
| First 339.0 therms @ $.1830 | 62.04 |
| Distribution Adjustment: | |
| 339 therms x 0.02470 per therm | 8.37 |
| **GAS DELIVERY CHARGE** | **$116.99** |
| **TOTAL CURRENT CHARGES** | **$116.99** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $116.99 |
| Amount Due Last Bill | 396.74 |
| **Please Pay Upon Receipt** | **$513.73** |

If payment received after 10/20/2004
a late payment charge of $4.73
(0.92% of outstanding charges) may be added.

### GAS USE HISTORY

| | Days | Therms | | Days | Therms |
|---|---|---|---|---|---|
| Aug 04 | 31 Act | 339 | Jan 04 | 33 Act | 472 |
| Jul 04 | 34 Act | 376 | Dec 03 | 32 Act | 432 |
| Jun 04 | 29 Act | 395 | Nov 03 | 28 Act | 352 |
| May 04 | 31 Act | 445 | Oct 03 | 31 Act | 394 |
| Apr 04 | 30 Act | 433 | Sep 03 | 30 Act | 382 |
| Mar 04 | 29 Act | 488 | Aug 03 | 33 Act | 334 |
| Feb 04 | 29 Act | 465 | Jul 03 | 33 Act | 361 |

---

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

-----URGENT REMINDER-----
You have not responded to our previous notices and your account is
seriously delinquent. If you have a financial problem we can offer you a
deferred payment agreement that can bring your past bills up to date
with monthly installment payments. For more information call the Customer
Assistance telephone number above. If you have already made payment, please
accept our thanks.

**Your unique online Access Code is: E79558C**
We're online, anytime!  View and pay your bill, check your balance, submit
meter readings.  The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."

V# 650378

**KEYSPAN**
Energy Delivery

2004239

0154932423350101139565

```
**AUTO                    **C 009
DAVIS SCHOOL
BSNSS OFFC/BED PUBL SCHL
11 MUDGE WAY
BEDFORD,MA                  01730-2127
```
COPY

**Please Pay
Upon Receipt**

49324-23350

$161.15$ ~~4,139.56~~ H

├─── Account Number ───┤

KeySpan address on the back must show in return envelope window

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery. Detach Here
Write your account number on check.

| Service To | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| **DAVIS SCHOOL**<br>**0 DAVIS RD**<br>**BEDFORD,MA**<br>**01730** | **49324-23350** | **Sep 22 '04** | **Aug 25 '04** |

| Rate  **G-43T**<br>**Commercial Hea** | For Customer Assistance<br>Please call (800) 231-5325 |
|---|---|

## CURRENT BILL ITEMIZED

### In 30 days you used 179 therms:

| | |
|---|---|
| Aug 25 2004 reading ACTUAL | 256720 |
| Jul 26 2004 reading ACTUAL | 256554 |
| Difference for Meter # 009906095 | 166 |
| Fixed Factor Multiplier | x1.0319 |
| | 171 |
| Thermal Factor | x1.0476 |
| Total therms used | 179 |

### Your Cost is determined as follows:

| | |
|---|---|
| Minimum Charge | $127.07 |
| $4.2356 per day for 30 days | |
| First 179.0 therms @ $.1657 | 29.66 |
| Distribution Adjustment: | |
| 179 therms x 0.02470 per therm | 4.42 |
| **GAS DELIVERY CHARGE** | **$161.15** |
| **TOTAL CURRENT CHARGES** | **$161.15** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $161.15 |
| Amount Due Last Bill | 978.41 |
| **Please Pay Upon Receipt** | **$1,139.56** |

If payment received after 10/19/2004
a late payment charge of $10.48
(0.92% of outstanding charges) may be added.

### GAS USE HISTORY

| | Days | Therms | | Days | Therms |
|---|---|---|---|---|---|
| Aug 04 | 30 Act | 179 | Jan 04 | 24 Act | 9771 |
| Jul 04 | 34 Act | 226 | Dec 03 | 39 Est | 9417 |
| Jun 04 | 29 Act | 1969 | Nov 03 | 23 Act | 2233 |
| May 04 | 28 Act | 870 | Oct 03 | 35 Est | 3772 |
| Apr 04 | 35 Est | 6738 | Sep 03 | 33 Act | 251 |
| Mar 04 | 28 Act | 6813 | Aug 03 | 29 Act | 160 |
| Feb 04 | 32 Act | 11629 | Jul 03 | 33 Act | 205 |

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

**Your unique online Access Code is: 323658C**
We're online, anytime! View and pay your bill, check your balance, submit
meter readings. The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."

V# 650377

**Page   1 of   1**

**KEYSPAN**    TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE  NUMBER ABOVE
www.keyspanenergy.com    SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

# KEYSPAN
Energy Delivery

2004268

0154932423350100576727

```
**AUTO                          **C 009
DAVIS SCHOOL
BSNSS OFFC/BED PUBL SCHL
11 MUDGE WAY
BEDFORD,MA                      01730-2127
            COPY
```

**Please Pay Upon Receipt**
576.72   H

49324-23350

⌐ Account Number ⌐

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery.
Write your account number on check.    Detach Here ▼

KeySpan address on the back must show in return envelope window

| Service To | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| **DAVIS SCHOOL**<br>**0 DAVIS RD**<br>**BEDFORD,MA**<br>**01730** | **49324-23350** | **Oct 21 '04** | **Sep 23 '04** |

| Rate | **G-43T**<br>**Commercial Hea** | **For Customer Assistance**<br>**Please call (800) 231-5325** |
|---|---|---|

## CURRENT BILL ITEMIZED

**In 28 days you used 554 therms:**

| | |
|---|---|
| Sep 22 2004 reading ESTIMATED | 257236 |
| Aug 25 2004 reading ACTUAL | 256720 |
| Difference for Meter # 009906095 | 516 |
| Fixed Factor Multiplier | x1.0319 |
| | 532 |
| Thermal Factor | x1.0415 |
| Total therms used | 554 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge | $118.61 |
| $4.2360 per day for 28 days | |
| First 554.0 therms @ $.1657 | 91.80 |
| Distribution Adjustment: | |
| 554 therms x 0.02470 per therm | 13.68 |
| **GAS DELIVERY CHARGE** | **$224.09** |
| **TOTAL CURRENT CHARGES** | **$224.09** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $224.09 |
| Amount Due Last Bill | 1,139.56 |
| Your Total Payments Since Last Bill. Thank You! | -788.68 |
| Late Pmt Chg | 1.75 |
| **Please Pay Upon Receipt** | **$576.72** |

If payment received after 11/17/2004 a late payment charge of $5.31 (0.92% of outstanding charges) may be added to your KeySpan Energy Delivery balance.

### GAS USE HISTORY

| | Days | Therms | | Days | Therms |
|---|---|---|---|---|---|
| Sep 04 | 28 Est | 554 | Feb 04 | 32 Act | 11629 |
| Aug 04 | 30 Act | 179 | Jan 04 | 24 Act | 9771 |
| Jul 04 | 34 Act | 226 | Dec 03 | 39 Est | 9417 |
| Jun 04 | 29 Act | 1969 | Nov 03 | 23 Act | 2233 |
| May 04 | 28 Act | 870 | Oct 03 | 35 Est | 3772 |
| Apr 04 | 35 Est | 6738 | Sep 03 | 33 Act | 251 |
| Mar 04 | 28 Act | 6813 | Aug 03 | 29 Act | 160 |

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

**Your unique online Access Code is: 323658C**
We're online, anytime!  View and pay your bill. check your balance, submit
meter readings.  The code above provides free. instant access. Go to
www.keyspanenergy.com. click "My Account" then "I'm a New User."

*2133.34*

*2233*

*101-4100·52-23· 2=1561.05*
*- 4 = 572.29*

 KEYSPAN
Energy Delivery

TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE  NUMBER ABOVE

www.keyspanenergy.com          SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

 **KEYSPAN**
Energy Delivery

*Jones*
2004240

0154931820260100050522

**C



BEDFORD PUBLIC LIBRARY
MUDGE WY
BEDFORD MA          01730

**Please Pay
Upon Receipt**

49318-20260                          50.52      H

└─ Account Number ─┘

KeySpan address on the back must show in return envelope window

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery.   **Detach Here**
Write your account number on check.
▼

| Service To | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| **BEDFORD PUBLIC LIBRARY**<br>**0 MUDGE WAY**<br>**BEDFORD,MA**<br>**01730** | 49318-20260 | Sep 22 '04 | Aug 26 '04 |
| | Rate   **G-42T**<br>**Commercial Hea** | **For Customer Assistance**<br>**Please call  (800) 231-5325** | |

## CURRENT BILL ITEMIZED

### In 31 days you used 17 therms:

| | |
|---|---|
| Aug 26 2004 reading ACTUAL | 07104 |
| Jul 26 2004 reading ACTUAL | 07088 |
| CCF Used for METER# 005473595 | 16 |
| | |
| Thermal Factor | x1.0477 |
| Total therms used | 17 |

### Your Cost is determined as follows:

| | |
|---|---|
| Minimum Charge | $46.58 |
| $1.5025 per day for 31 days | |
| First 17.0 therms @ $.2069 | 3.52 |
| Distribution Adjustment: | |
| 17 therms x 0.02470 per therm | .42 |
| | |
| **GAS DELIVERY CHARGE** | **$50.52** |
| | |
| **TOTAL CURRENT CHARGES** | **$50.52** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $50.52 |
| Amount Due Last Bill | 108.52 |
| Your Total Payments Since | |
| Last Bill. Thank You! | -108.52 |
| | |
| **Please Pay Upon Receipt** | **$50.52** |

If payment received after 10/20/2004
a late payment charge of $.46
(0.92% of outstanding charges) may be added.

### GAS USE HISTORY

| | Days | | Therms | | Days | | Therms |
|---|---|---|---|---|---|---|---|
| Aug 04 | 31 | Act | 17 | Jan 04 | 31 | Act | 4005 |
| Jul 04 | 34 | Act | 248 | Dec 03 | 34 | Act | 3270 |
| Jun 04 | 29 | Act | 242 | Nov 03 | 28 | Act | 1720 |
| May 04 | 31 | Act | 423 | Oct 03 | 31 | Act | 1179 |
| Apr 04 | 30 | Act | 1647 | Sep 03 | 30 | Act | 714 |
| Mar 04 | 29 | Act | 2402 | Aug 03 | 33 | Act | 361 |
| Feb 04 | 29 | Act | 3141 | Jul 03 | 33 | Act | 92 |

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

**Your unique online Access Code is: 4B0758C**
We're online, anytime! View and pay your bill, check your balance, submit
meter readings. The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."

We sincerely appreciate the prompt way you pay your bills.



**KEYSPAN**
Energy Delivery

0151215
2004240

0154931820260100050522

**C



BEDFORD PUBLIC LIBRARY
MUDGE WY
BEDFORD MA                 01730

COPY

**Please Pay
Upon Receipt**
50.52   H

49318-20260

└─ Account Number ─┘

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery.   **Detach Here**
Write your account number on check.

KeySpan address on the back must show in return envelope window.   ▼

| Service To | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| BEDFORD PUBLIC LIBRARY 0 MUDGE WAY BEDFORD MA 01730 | 49318-20260 | Sep 22 04 | Aug 26 04 |
| Rate: G-42 Commercial Htg | | For Customer Assistance Please call (800) 231-5325 | |

---

## CURRENT BILL ITEMIZED

**In 31 days you used 17 therms:**

| | |
|---|---|
| Aug 26 2004 reading ACTUAL | 07104 |
| Jul 26 2004 reading ACTUAL | 07088 |
| CCF Used for METER# 005473595 | 16 |
| Thermal Factor | x1.0477 |
| Total therms used | 17 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge $1.5025 per day for 31 days | $46.58 |
| First 17.0 therms @ $.2069 | 3.52 |
| Distribution Adjustment: 17 therms x 0.02470 per therm | .42 |
| **GAS DELIVERY CHARGE** | **$50.52** |
| **TOTAL CURRENT CHARGES** | **$50.52** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $50.52 |
| Amount Due Last Bill | 108.52 |
| Your Total Payments Since Last Bill. Thank You! | -108.52 |
| **Please Pay Upon Receipt** | **$50.52** |

If payment received after 10/20/2004
a late payment charge of $.46
(0.92% of outstanding charges) may be added.

### GAS USE HISTORY

| | Days | Therms | | Days | Therms |
|---|---|---|---|---|---|
| Aug 04 | 31 Act | 17 | Jan 04 | 31 Act | 4005 |
| Jul 04 | 34 Act | 248 | Dec 03 | 34 Act | 3270 |
| Jun 04 | 29 Act | 242 | Nov 03 | 28 Act | 1720 |
| May 04 | 31 Act | 423 | Oct 03 | 31 Act | 1179 |
| Apr 04 | 30 Act | 1647 | Sep 03 | 30 Act | 714 |
| Mar 04 | 29 Act | 2402 | Aug 03 | 33 Act | 361 |
| Feb 04 | 29 Act | 3141 | Jul 03 | 33 Act | 92 |

---

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

**Your unique online Access Code is: 4B0758C**
We're online, anytime! View and pay your bill, check your balance, submit
meter readings. The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."

We sincerely appreciate the prompt way you pay your bills.

VENDOR NO: 2233
AMOUNT: $50.52
INVOICE DATE: 8.26.04
INVOICE NO: 20260-082604
P.O. DATE: ____ P.O. NO: ____
ACCOUNT NO: 001-6100 · 5212 · ~ ·

**KEYSPAN**
Energy Delivery

TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE NUMBER ABOVE
www.keyspanenergy.com

0151118

## CURRENT BILL ITEMIZED

**In 30 days you used 17 therms:**

| | |
|---|---|
| Aug 25 2004 reading ACTUAL | 72085 |
| Jul 26 2004 reading ACTUAL | 72073 |
| Difference for Meter # 007646911 | 12 |

| | |
|---|---|
| Fixed Factor Multiplier | x1.3394 |
| | 16 |

| | |
|---|---|
| Thermal Factor | x1.0476 |
| Total therms used | 17 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge | $127.07 |
| $4.2356 per day for 30 days | |
| First 17.0 therms @ $.1657 | 2.82 |
| Distribution Adjustment: | |
| 17 therms x 0.02470 per therm | .42 |
| GAS DELIVERY CHARGE | $130.31 |
| **TOTAL CURRENT CHARGES** | **$130.31** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $130.31 |
| Amount Due Last Bill | 152.02 |
| Your Total Payments Since Last Bill. Thank You! | -152.02 |
| **Please Pay Upon Receipt** | **$130.31** |

If payment received after 10/20/2004
a late payment charge of $1.20
(0.92% of outstanding charges) may be added.

### GAS USE HISTORY

| | Days | | Therms | | Days | | Therms |
|---|---|---|---|---|---|---|---|
| Aug 04 | 30 | Act | 17 | Jan 04 | 31 | Act | 6396 |
| Jul 04 | 34 | Act | 42 | Dec 03 | 34 | Act | 5000 |
| Jun 04 | 29 | Act | 510 | Nov 03 | 29 | Act | 2464 |
| May 04 | 31 | Act | 950 | Oct 03 | 30 | Act | 1499 |
| Apr 04 | 30 | Act | 2765 | Sep 03 | 30 | Act | 32 |
| Mar 04 | 29 | Act | 4329 | Aug 03 | 33 | Act | 29 |
| Feb 04 | 29 | Act | 5551 | Jul 03 | 31 | Act | 38 |

RECEIVED
SEP - 9 2004
FINANCE DEPARTMENT

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider. KeySpan Energy Delivery will continue to deliver gas to your premises. If you have any questions about your gas supply charges, please contact Energy East at (800) 485-4549. Thank you.

**Your unique online Access Code is: B80658C**
We're online, anytime! View and pay your bill, check your balance, submit meter readings. The code above provides free, instant access. Go to www.keyspanenergy.com, click "My Account" then "I'm a New User."

We sincerely appreciate the prompt way you pay your bills.

*V.C. 2233 Line 3*
*Amt. $130.31*
*Date 8/26/04*
*acct. 001-2360-5211 0000*

Page 1 of 1

## KEYSPAN
Energy Delivery

TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE NUMBER ABOVE

www.keyspanenergy.com    SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

0151119

## CURRENT BILL ITEMIZED

**In 31 days you used 17 therms:**

| | |
|---|---|
| Aug 26 2004 reading ESTIMATED | 9931 |
| Jul 26 2004 reading ACTUAL | 9915 |
| CCF Used for METER# 003146724 | 16 |
| Thermal Factor | x1.0477 |
| Total therms used | 17 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge | $25.91 |
| $.8358 per day for 31 days | |
| First 17.0 therms @ $.2228 | 3.79 |
| Distribution Adjustment: | |
| 17 therms x 0.02470 per therm | .42 |
| GAS DELIVERY CHARGE | $30.12 |
| **TOTAL CURRENT CHARGES** | **$30.12** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $30.12 |
| Amount Due Last Bill | 31.63 |
| Your Total Payments Since Last Bill. Thank You! | -31.63 |
| **Please Pay Upon Receipt** | **$30.12** |

If payment received after 10/20/2004
a late payment charge of $.28
(0.92% of outstanding charges) may be added.

### GAS USE HISTORY

| | Days | Therms | | Days | Therms |
|---|---|---|---|---|---|
| Aug 04 | 31 Est | 17 | Jan 04 | 31 Act | 19 |
| Jul 04 | 34 Act | 14 | Dec 03 | 34 Act | 22 |
| Jun 04 | 29 Act | 13 | Nov 03 | 29 Act | 26 |
| May 04 | 31 Act | 15 | Oct 03 | 30 Act | 23 |
| Apr 04 | 30 Act | 22 | Sep 03 | 30 Act | 16 |
| Mar 04 | 29 Act | 18 | Aug 03 | 33 Act | 17 |
| Feb 04 | 29 Act | 18 | Jul 03 | 33 Act | 19 |
| | | 21 | | | |

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

**Your unique online Access Code is: B95B58C**
We're online, anytime! View and pay your bill, check your balance, submit
meter readings. The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."

We sincerely appreciate the prompt way you pay your bills.

*V.C. 2233 Line 3*
*Amt. $30.12*
*Date 8/26/04*
*Acct. 001-2360-5211 0000*

*OK Richard T. Reb*

**KEYSPAN**
Energy Delivery

**TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE NUMBER ABOVE**

www.keyspanenergy.com     SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION



## CURRENT BILL ITEMIZED

**In 31 days you used 5 therms:**

| | |
|---|---|
| Aug 26 2004 reading ACTUAL | 4919 |
| Jul 26 2004 reading ACTUAL | 4914 |
| CCF Used for METER# 008864711 | 5 |

| | |
|---|---|
| Thermal Factor | x1.0477 |
| Total therms used | 5 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge | $25.91 |
| $.8358 per day for 31 days | |
| First 5.0 therms @ $.2228 | 1.11 |
| Distribution Adjustment: | |
| 5 therms x 0.02470 per therm | .12 |
| GAS DELIVERY CHARGE | $27.14 |
| **TOTAL CURRENT CHARGES** | **$27.14** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $27.14 |
| Amount Due Last Bill | 90.15 |
| Late Pmt Chg | .56 |
| **Please Pay Upon Receipt** | **$117.85** |

If payment received after 10/20/2004
a late payment charge of $1.08
(0.92% of outstanding charges) may be added.

### GAS USE HISTORY

| | Days | | Therms | | Days | | Therms |
|---|---|---|---|---|---|---|---|
| Aug 04 | 31 | Act | 5 | Jan 04 | 33 | Act | 4 |
| Jul 04 | 34 | Act | 5 | Dec 03 | 32 | Act | 4 |
| Jun 04 | 29 | Act | 4 | Nov 03 | 28 | Act | 4 |
| May 04 | 31 | Act | 4 | Oct 03 | 31 | Act | 3 |
| Apr 04 | 30 | Act | 4 | Sep 03 | 30 | Act | 3 |
| Mar 04 | 29 | Act | 4 | Aug 03 | 33 | Act | 0 |
| Feb 04 | 29 | Act | 4 | Jul 03 | 33 | Act | 0 |

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

**-----URGENT REMINDER----**
You have not responded to our previous notices and your account is
seriously delinquent. If you have a financial problem we can offer you a
deferred payment agreement that can bring your past bills up to date
with monthly installment payments. For more information call the Customer
Assistance telephone number above. If you have already made payment, please
accept our thanks.

**Your unique online Access Code is: 298158C**
We're online, anytime! View and pay your bill, check your balance, submit
meter readings. The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account" then "I'm a New User."

2233

$27.14

INVOICE DATE: _AUG. 26, 2004_

INVOICE NO: _49324-16870_

P.O. DATE _____ P.O. NO. _____

ACCOUNT NO: 001-4006-5211-0000-5200

**Page 1 of 1**

**KEYSPAN**
Energy Delivery
TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE NUMBER ABOVE
www.keyspanenergy.com      SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION

| Service to | Account Number | Next Meter Reading | Bill Date |
|---|---|---|---|
| TOWN OF BEDFORD DPW | 49322-13150 | Sep 22 04 | Aug 26 04 |
| Rate G-42 | | | |
| Commercial Hea | | Key Customer Service Call | |

## CURRENT BILL ITEMIZED

**In 30 days you used 5 therms:**

| | |
|---|---|
| Aug 25 2004 reading ACTUAL | 09077 |
| Jul 26 2004 reading ACTUAL | 09072 |
| CCF Used for METER# 006319072 | 5 |
| Thermal Factor | x1.0476 |
| Total therms used | 5 |

**Your Cost is determined as follows:**

| | |
|---|---|
| Minimum Charge | $45.07 |
| $1.5023 per day for 30 days | |
| First 5.0 therms @ $.2069 | 1.03 |
| Distribution Adjustment: | |
| 5 therms x 0.02470 per therm | .12 |
| GAS DELIVERY CHARGE | $46.22 |
| **TOTAL CURRENT CHARGES** | **$46.22** |

## SUMMARY OF CHARGES

| | |
|---|---|
| Total Current Charges | $46.22 |
| Amount Due Last Bill | 206.85 |
| **Please Pay Upon Receipt** | **$253.07** |

If payment received after 10/20/2004
a late payment charge of $2.33
(0.92% of outstanding charges) may be added.

### GAS USE HISTORY

| | Days | Therms | | Days | Therms |
|---|---|---|---|---|---|
| Aug 04 | 30 Act | 5 | Jan 04 | 31 Act | 4 |
| Jul 04 | 34 Act | 5 | Dec 03 | 35 Act | 5 |
| Jun 04 | 29 Act | 5 | Nov 03 | 28 Act | 2 |
| May 04 | 31 Act | 3 | Oct 03 | 30 Act | 1 |
| Apr 04 | 30 Act | 8 | Sep 03 | 30 Act | 4 |
| Mar 04 | 29 Act | 4 | Aug 03 | 33 Act | 4 |
| Feb 04 | 29 Act | 4 | Jul 03 | 33 Act | 5 |

## IMPORTANT MESSAGES

You have chosen Energy East to be your gas supply provider.
KeySpan Energy Delivery will continue to deliver gas to your premises.
If you have any questions about your gas supply charges, please contact
Energy East at (800) 485-4549. Thank you.

-----URGENT REMINDER-----
You have not responded to our previous notices and your account is
seriously delinquent. If you have a financial problem we can offer you a
deferred payment agreement that can bring your past bills up to date
with monthly installment payments. For more information call the Customer
Assistance telephone number above. If you have already made payment, please
accept our thanks.

**Your unique online Access Code is: E91358C**
We're online, anytime! View and pay your bill, check your balance, submit
meter readings. The code above provides free, instant access. Go to
www.keyspanenergy.com, click "My Account," then "I'm a New User."

2233
46.22
Aug. 26, 2004

INVOICE NO: 49322-13150

P.O. DATE          P.O. NO.

001-4006-5211-0000-5200

**Page 1 of 1**

**KEYSPAN**
Energy Delivery

**TO REPORT A GAS ODOR CALL THE CUSTOMER ASSISTANCE NUMBER ABOVE**

www.keyspanenergy.com       SEE REVERSE FOR ADDITIONAL CUSTOMER INFORMATION