UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TOWN OF BEDFORD                          :

      Plaintiff                              :         No. 05-10214JLT

v.                                       :

ENERGY EAST SOLUTIONS, INC.              :

      Defendant                              :

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, Energy East Solutions, Inc. ("Defendant" or "Energy East"), hereby moves this honorable Court for a two week extension of time up to and including December 16, 2005 in which to respond to Plaintiff Town of Bedford's ("Plaintiff" or "Bedford") Motion for Partial Summary Judgment. Plaintiff has consented to this Motion. As grounds for this Motion, Defendant states as follows:

1.    Plaintiff commenced this action against Energy East in the Superior Court of Middlesex County, Massachusetts on or around January 18, 2005.

2.    On January 31, 2005, Defendant filed a Notice of Removal in this Court and served a Notice of the Notice of Removal on all adverse parties and the Clerk of the Middlesex County Superior Court.

3.    On March 18, 2005 Plaintiff filed its First Amended Complaint.

4.    Plaintiff filed its Motion for Partial Summary Judgment ("Motion") on Friday, November 18, 2005.

5. Prior to the removal of the Action from State Court to this Court, Plaintiff served discovery requests to which Defendant has responded, as required by the Local Rules. As no scheduling order has yet been set, Defendant has not conducted discovery.

6. Pursuant to Local Rule 7.1 a party opposing a motion "shall file an opposition to the motion within fourteen (14) days after service of the motion".

7. Because the period of time prescribed is more than eleven (11) days, legal holidays are not excluded from the computation. See Fed.R.Civ.P. 6(a).

8. The Thanksgiving holiday falls during the time prescribed for Energy East's response in opposition to Plaintiff's Motion.

9. Counsel for Energy East spoke with Bedford's counsel on November 23, 2005 and Bedford has agreed to the proposed extension. Bedford's counsel asked that Energy East indicate in this Motion that Bedford has previously notified the Court that Bedford's Motion was pending in connection with the December 6, 2005 scheduling conference.

10. This extension is necessary to provide Defendant a fair opportunity to respond to the allegations of the Motion.

11. No Scheduling Order has been entered and this extension will not interfere with the progress of this case.

12. Defendant has attached a proposed Order.

WHEREFORE, Energy East respectfully requests that the Court grant this Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment.

Dated at Hartford, Connecticut this 23th day of November, 2005.

                RESPECTFULLY SUBMITTED,

                ENERGY EAST SOLUTIONS, INC.


By:    <u>s/ James J. Reardon, Jr.</u>
        James J. Reardon, Jr. (BBO #566161)
        LeBoeuf, Lamb, Greene & MacRae LLP
        Goodwin Square
        225 Asylum St.; 13th Floor
        Hartford, CT 06103
        (860)293-3500
        (860)293-3555 (facsimile)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TOWN OF BEDFORD : | |
| Plaintiff : | No. 05-10214JLT |
| v. : | |
| ENERGY EAST SOLUTIONS, INC. : | |
| Defendant : | |

**ORDER**

Upon consideration of the Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment, it is hereby ORDERED AND DECREED THAT the Motion is GRANTED and Defendant's response is due on or by December 16, 2005.

_____
The Honorable Joseph L. Tauro