## MURPHY, HESSE, TOOMEY & LEHANE, LLP
### Attorneys At Law

CROWN COLONY PLAZA
300 CROWN COLONY DRIVE, SUITE 410
P.O. BOX 9126
QUINCY, MA 02269-9126
TEL: (617) 479-5000    FAX: (617) 479-6469

WORLD TRADE CENTER EAST
TWO SEAPORT LANE
BOSTON, MA 02210
TEL: (617) 479-5000    FAX: (617) 338-1324

ONE MONARCH PLACE, SUITE 1310R
SPRINGFIELD, MA 01144
TEL: (800) 227-6485    FAX: (617) 479-6469

| | | |
|---|---|---|
| Arthur P. Murphy | | Mary L. Gallant |
| James A. Toomey | | Lorna M. Hebert |
| Katherine A. Hesse | | Joseph T. Bartulis, Jr. |
| Michael C. Lehane | | Clifford R. Rhodes, Jr. |
| John P. Flynn | | Kathryn M. Murphy |
| Regina Williams Tate | | Stacey G. Bloom |
| Edward F. Lenox, Jr. | | Thomas W. Colomb |
| Mary Ellen Sowyrda | | Monica Swanson Tesler |
| David A. DeLuca | | Rebecca L. Andrews |
| Ann M. O'Neill | | Jennifer N. Geosits |
| Michael F.X. Dolan Jr. | | Brian P. Pezza |
| Donald L. Graham | | Jason M. Gesing |
| Andrew J. Waugh | | Bryan R. LeBlanc |
| Robert M. Delahunt, Jr. | | Christina Gentile |
| Geoffrey P. Wermuth | | Quinn H. Vandenberg |
| William P. Breen, Jr. | | Kathryn M. Martin |
| Doris R. MacKenzie Ehrens | | |

*Please Respond to Quincy*

November 21, 2005

Zita Lovett
Deputy Clerk
United States District Court
District of Massachusetts
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

   Re: *Town of Bedford v. Energy East Solutions, Inc.*, Civil Action No. 05-10214-JLT
     (D. Mass.)

Dear Ms. Lovett:

  Per the Court's Discovery Order, dated, 10/26/05, this letter is submitted to notify the Court prior to the December 6, 2005 Scheduling Conference that Plaintiff's Motion for Partial Summary Judgment is pending. Please contact me if you have any questions.

  Thanking you for your attention to this matter, I am

               Sincerely,

               Michael F.X. Dolan, Jr.

mfd\gw

cc: James J. Reardon, Esquire

Case 1:05-cv-10214-JLT    Document 32    Filed 11/22/2005    Page 2 of 2