UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TOWN OF BEDFORD                     :

    Plaintiff                   :    No. 05-10214JLT

v.                                  :

ENERGY EAST SOLUTIONS, INC.         :    DEFENDANT'S CERTIFICATION OF
                                         COMPLIANCE WITH L.R. 16.1(D)(3)
    Defendant                   :

Pursuant to LR 16.1(D)(3), Defendant, Energy East Solutions, Inc. ("Defendant" or "Energy East"), and its attorneys hereby certify that they have conferred regarding: (1) establishing a budget for the costs of litigation; and (2) consideration of resolving the instant matter through the use of the alternative dispute resolution programs outlined in LR 16.4.

RESPECTFULLY SUBMITTED,

ENERGY EAST SOLUTIONS, INC.

By: _____
    Authorized Representative

By its attorneys,

By:   s/ James J. Reardon, Jr.
      James J. Reardon, Jr. (BBO #566161)
      LeBoeuf, Lamb, Greene & MacRae LLP
      Goodwin Square
      225 Asylum St.; 13th Floor
      Hartford, CT 06103
      (860)293-3500
      (860)293-3555 (facsimile)