UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10214-JCT

| | |
|---|---|
| TOWN OF BEDFORD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ENERGY EAST SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STATEMENT

Pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference, dated, 10/27/05, the parties submit their Joint Statement and request that the Court adopt and Order the following proposed schedule:

A.   Joint Discovery Plan

The parties request that the Court adopt and order the following discovery plan:

1. Written Discovery - Plaintiff served discovery along with the Complaint prior to the removal of this action to the District Court. Defendant has already responded to Plaintiff's requests and desires to serve comparable written discovery. Plaintiff does not object to this request. The parties request therefore that all written discovery be completed prior to March 1, 2006.

2. Depositions of fact witnesses are to be completed no later than March 31, 2006.

3. Expert witnesses, if any, are to be disclosed and reports and disclosure exchanged by May 26, 2006.

4. Expert witness depositions are to be completed by June 23, 2006.

B.  Proposed Schedule For Filing Motions

1.  On November 18, 2005, Plaintiff filed a motion for partial summary judgment on Count I (breach of contract).

2.  Dispositive motions must be filed no later than April 28, 2006.

3.  Pretrial conference to be scheduled at the court's convenience after June, 2006.

4.  Trial to be scheduled by the court after June, 2006.

C.  Certifications of Counsel

Certifications will be provided separately at or before the Scheduling Conference.


Respectfully submitted on behalf of both parties,

s/ James J. Reardon
James J. Reardon, BBO# 566161
JReardon@llgm.com
LeBoeuf, Lamb, Greene & McRae LLP
Goodwin Square
225 Asylum St., 13th Floor
Hartford, CT 06103
860-293-3500