UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF BEDFORD | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 05-10214-JLT |
| ENERGY EAST SOLUTIONS, INC., | * |
| Defendant. | * |

ORDER

December 6, 2005

TAURO, J.

After a Conference held on December 6, this Court hereby Orders that:

1. Defendant may depose the following: (1) Marsha Pyles; (2) Richard Reed; and (3) Richard Jones;

2. Plaintiff may depose the following: (1) Jan Geist; (2) Robert Cables; and (3) Jerry Hawkins;

3. The Deposition of Marsha Pyles must be completed by January 15, 2006;

4. All remaining abovementioned depositions must be completed by April 28, 2006;

5. Defendant has until January 15, 2006 to file his Opposition to Plaintiff's Motion for Partial Summary Judgment [#23];

6.      No further discovery will be permitted without leave of this Court; and

7.      A Further Conference will be held on May 9, 2006, at 10:00 a.m.


IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                                United States District Judge