UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10214-JCT

TOWN OF BEDFORD, )
 )
    Plaintiff, )
v. )
 )
ENERGY EAST SOLUTIONS, INC., )
 )
    Defendant. )
_____)

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION TO STRIKE PORTIONS OF AFFIDAVITS OF JERRY HAWKINS AND TERESA BRADFORD AND OTHER MATERIALS WHICH DEFENDANT HAS PRESENTED TO THE COURT IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(B)(3), Plaintiff Town of Bedford ("Plaintiff" or "Town"), requests the Court allow it to file a motion to strike portions of the affidavits of Jerry Hawkins and Teresa Bradford and other materials, which Defendant has submitted in support of its Opposition to Plaintiff's Motion for Partial Summary Judgment.

In support of its motion, Plaintiff submits that the affidavits of Jerry Hawkins and Teresa Bradford and other materials submitted by Defendant contain inadmissible testimony, including: inadmissible hearsay testimony; purported expert testimony without a sufficient foundation; irrelevant facts; and lay testimony lacking personal knowledge and/or an adequate foundation. Plaintiff submits that Defendant relies upon the inadmissible evidence in an effort to create a genuine issue of material fact where none exists. Fed.R.Civ.P. 56(e) expressly provides that inadmissible testimony contained in affidavits cannot be considered in deciding whether summary judgment is appropriate. Consequently, the Court should afford Plaintiff the opportunity to move to strike those

portions of the affidavits, deposition testimony and other materials which fail to adhere to Rule 56 and the Federal Rules of Evidence.

Plaintiff requests that the Court allow it until and including the later of the date of January 27, 2006, or seven (7) days after the Court issues an order allowing the instant motion, to file its motion to strike. Plaintiff submits that this brief period for filing the motion to strike should not unduly delay the Court's consideration of all the summary judgment papers.

WHEREFORE, Plaintiff Town of Bedford respectfully requests the Court: GRANT its motion; allow Plaintiff leave until and including the later of the date of Friday, January 27, 2006, or seven (7) days after the Court issues an order allowing the instant motion, to file a motion to strike portions of affidavits and other materials submitted by Defendant in support of its opposition to Plaintiff's motion for partial summary judgment; and for such further relief the Court deems appropriate.

Respectfully submitted,

THE TOWN OF BEDFORD,

By its attorneys,

MURPHY, HESSE, TOOMEY & LEHANE, LLP

/s/ Michael F.X. Dolan, Jr.,
Michael F.X. Dolan, Jr., BBO# 565876
mdolan@mhtl.com
Thomas W. Colomb, BBO#638211
tcolomb@mhtl.com
300 Crown Colony Drive, Ste. 410
Quincy, MA 02169
617.479.5000

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1
I certify that on January 20, 2006, I had a telephone conference with counsel of record concerning the instant motion during which we attempted in good faith to resolve or narrow the issues presented.

/s/ Michael F.X. Dolan, Jr.

2