UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF BEDFORD,<br>    Plaintiff, | )<br>) |
| v. | CA 05-10214-JLT |
| | ) |
| ENERGY EAST SOLUTIONS, INC.<br>    Defendant. | )<br>) |

### ORDER OF DISMISSAL

**TAURO, D.J.**

IT IS HEREBY ORDERED that the captioned action be and hereby is DISMISSED, for failure of the parties to appear upon the session of the Court on May 9, 2006.

May 11, 2006                                                                 By the Court,

                                                                                                /s/

                                                                                           _Zita Lovett_
                                                                                           **Deputy Clerk**

**Date: June 27, 2005**