# LeBoeuf, Lamb, Greene & MacRae llp

| | | |
|---|---|---|
| NEW YORK<br>WASHINGTON, D.C.<br>ALBANY<br>BOSTON<br>CHICAGO<br>HARTFORD<br>HOUSTON<br>JACKSONVILLE<br>LOS ANGELES<br>PITTSBURGH<br>SAN FRANCISCO | GOODWIN SQUARE<br>225 ASYLUM STREET, 13TH FLOOR<br>HARTFORD, CT 06103<br>(860) 293-3500<br>FACSIMILE: (860) 293-3555<br><br>E-MAIL ADDRESS: JREARDON@LLGM.COM<br>DIRECT LINE: 860-293-3597 | LONDON<br>A MULTINATIONAL<br>PARTNERSHIP<br>PARIS<br>BRUSSELS<br>JOHANNESBURG<br>(PTY) LTD.<br>MOSCOW<br>RIYADH<br>AFFILIATED OFFICE<br>BISHKEK<br>ALMATY<br>BEIJING |

July 11, 2006

**BY ELECTRONIC FILING**
Clerk
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re:  **Town of Bedford v. Energy East Solutions, Inc.,**
**Case No. 05-10214JLT**

Dear Sir/Madam:

Enclosed please a Stipulated Motion for Dismissal With Prejudice, Proposed Order and Certification of Service.

Although a dismissal was entered by the Court on May 11, 2006 in the above-captioned matter, the terms of the parties' settlement include the filing of a Stipulation of Dismissal.

Should you have any questions, please contact me at 860-293-3597.

Sincerely,

*James J. Reardon*

James J. Reardon

Enclosure
cc:    Michael F.X. Dolan, Jr., Esq.
       Tom Colomb, Esq.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

TOWN OF BEDFORD            :

      Plaintiff            :       No. 05-10214JLT

v.                        :

ENERGY EAST SOLUTIONS, INC.    :

      Defendant            :

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., the parties, Plaintiff Town of Bedford and

Defendant, Energy East Solutions, Inc., by and through counsel, stipulate that this case may be

dismissed with prejudice and without costs.

Plaintiff:                          Defendant:

TOWN OF BEDFORD                     ENERGY EAST SOLUTIONS, INC.

By: _____        By: _____
Tom Colomb, Esq.                     James T. Reardon, Jr. (BBO #566161)
Michael F.X. Dolan, Jr., Esq.        LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Murphy, Hesse, Toomey & LeHane, L.L.P.   Goodwin Square
300 Crown Colony Drive               225 Asylum St.; 13th Floor
Quincy, MA 02269                     Hartford, CT 06103
                                     (860)293-3500
                                     (860)293-3555 (facsimile)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

TOWN OF BEDFORD                           :

        Plaintiff                         :          No. 05-10214JLT

v.                                        :

ENERGY EAST SOLUTIONS, INC.               :

        Defendant                        :

## ORDER

Upon consideration of the Stipulated Motion for Dismissal, it is hereby ORDERED AND DECREED THAT the Stipulated Motion is GRANTED and this matter is dismissed with prejudice and without costs.

_____

The Honorable Joseph L. Tauro

2